

# State of Connecticut Judicial Branch
## Superior Court Case Look-up

- **Superior Court Case Look-up**
  - Civil/Family
  - Housing
  - Small Claims
- **Attorney/Firm Juris Number Look-up**
- **Case Look-up**
  - By Party Name
  - By Docket Number
  - By Attorney/Firm Juris Number
  - By Property Address
- **Short Calendar Look-up**
  - By Court Location
  - By Attorney/Firm Juris Number
  - Motion to Seal or Close
  - Calendar Notices
- **Court Events Look-up**
  - By Date
  - By Docket Number
  - By Attorney/Firm Juris Number
- **Legal Notices**
- **Pending Foreclosure Sales**
- **Understanding Display of Case Information**
- **Contact Us**


**Comments**

**FST-CV18-6036479-S**  **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS v. KRISHNA, SUNEETA P, AKA SUNEETA PRASAD AKA SUNEETA Et Al**

**Prefix/Suffix:** [none]  **Case Type:** P00  **File Date:** 05/11/2018  **Return Date:** 05/29/2018

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

Pending Foreclosure Sales  To receive an email when there is activity on this case, click here.

**Information Updated as of:** 05/24/2023

### Case Information
- **Case Type:** P00 - Property - Foreclosure
- **Court Location:** STAMFORD JD
- **Property Address:** 1769 Oenoke Ridge, A/k/a 369 Pinney Road, New Canaan, CT 06840
- **List Type:** No List Type
- **Trial List Claim:**
- **Last Action Date:** 05/09/2023  (The "last action date" is the date the information was entered in the system)

### Disposition Information
- **Disposition Date:**
- **Disposition:**
- **Judge or Magistrate:**

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01** | **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST**<br>Non-Appearing | | Plaintiff |
| **P-02** | **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST**<br>Attorney: KEITH KEATING FULLER (416953)<br>5300 BIGELOW COMMONS<br>ENFIELD, CT 06082 | File Date: 08/25/2022 | Plaintiff - Substituted |
| **D-01** | **SUNEETA P KRISHNA AKA SUNEETA PRASAD AKA SUNEETA PRASAD KRISHNA AKA SUNEETA KRISHNA**<br>Attorney: SARAH PORISS ATTORNEY AT LAW LLC (437582)<br>777 FARMINGTON AVENUE<br>1ST FLOOR<br>WEST HARTFORD, CT 06119 | File Date: 02/21/2023 | Defendant |
| **D-02** | **JAYARDMAN KRISHNA AKA JAYARAMAN KRISHNA AKA KRIS JAYARAMAN**<br>Non-Appearing | | Defendant |
| **D-03** | **BANK OF AMERICA NA FKA FLEET NATIONAL BANK**<br>Attorney: MARINOSCI LAW GROUP PC (431033)<br>275 WEST NATICK ROAD<br>SUITE 500<br>WARWICK, RI 02886 | File Date: 05/31/2018 | Defendant |
| **D-04** | **WELLS FARGO BANK, NATIONAL ASSOCIATION FKA FIRST UNION NATIONAL BANK**<br>Non-Appearing | | Defendant |
| **D-05** | **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>Non-Appearing | | Defendant |
| **D-06** | **PORSCHE LEASING LTD., DBA BENTLEY FINANCIAL SERVICES**<br>Attorney: O'SULLIVAN MCCORMACK JENSEN & BLISS PC (407344)<br>180 GLASTONBURY BLVD<br>SUITE 210<br>GLASTONBURY, CT 06033 | File Date: 07/10/2018 | Defendant |
| **D-07** | **STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES**<br>Non-Appearing | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an  in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on

what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*
- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*
- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 05/11/2018 | P | **SUMMONS** | |
| | 05/11/2018 | P | **COMPLAINT** | |
| | 05/11/2018 | P | **ADDITIONAL PARTIES PAGE** | |
| | 05/31/2018 | D | **APPEARANCE** <br> Appearance | |
| | 07/10/2018 | D | **APPEARANCE** <br> Appearance | |
| | 07/19/2018 | | **APPEARANCE** | |
| | 07/20/2018 | | **APPEARANCE** <br> suneeta krishna | |
| | 07/23/2018 | D | **APPEARANCE** <br> Appearance | |
| | 12/24/2018 | D | **APPEARANCE** <br> Appearance | |
| | 03/13/2019 | P | **APPEARANCE** <br> Appearance | |
| | 09/24/2021 | P | **APPEARANCE** <br> Appearance | |
| | 12/02/2021 | P | **APPEARANCE** <br> Appearance | |
| | 08/25/2022 | P | **APPEARANCE** <br> Appearance | |
| | 02/21/2023 | D | **APPEARANCE** <br> Appearance | |
| | 02/22/2023 | D | **APPEARANCE** <br> Appearance | |
| 100.30 | 05/11/2018 | P | **RETURN OF SERVICE** | No |
| 101.00 | 05/15/2018 | C | **FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT)** | No |
| 102.00 | 05/15/2018 | P | **FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT)** | No |
| 103.00 | 05/15/2018 | C | **FORECLOSURE MEDIATION-COMPLIANCE WITH P.A.09-209 (NO DOCUMENT) SEE FORM# JD-CV-109** | No |
| 104.00 | 06/13/2018 | C | **FORECLOSURE MEDIATION TIME PERIOD EXPIRED** | No |
| 105.00 | 07/11/2018 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20** <br> *RESULT:* Granted 7/18/2018 BY THE CLERK | No |
| 105.01 | 07/18/2018 | C | **ORDER** <br> *RESULT:* Granted 7/18/2018 BY THE CLERK <br> Watermark | No |
| 105.02 | 07/18/2018 | C | **ORDER** <br> *RESULT:* Granted 7/18/2018 BY THE CLERK | No |
| 106.00 | 07/11/2018 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD** <br> *RESULT:* Granted 7/18/2018 BY THE CLERK | No |

| Entry No. | Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| 106.01 | 07/18/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 7/18/2018 BY THE CLERK | No |
| 107.00 | 07/11/2018 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE** 📝<br>*RESULT:* Off 7/23/2018 HON ROBERT GENUARIO | Yes |
| 107.01 | 07/23/2018 | C | **ORDER** 📝<br>*RESULT:* Off 7/23/2018 HON ROBERT GENUARIO | No |
| 108.00 | 07/11/2018 | P | **APPRAISAL** 📝 | No |
| 109.00 | 07/19/2018 | P | **FORECLOSURE WORKSHEET JD-CV-77** 📝 | No |
| 110.00 | 07/19/2018 | P | **AFFIDAVIT OF COMPLIANCE WITH EMAP** 📝 | No |
| 111.00 | 07/19/2018 | P | **MILITARY AFFIDAVIT** 📝 | No |
| 112.00 | 07/19/2018 | P | **AFFIDAVIT OF DEBT** 📝 | No |
| 113.00 | 07/19/2018 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** 📝 | No |
| 114.00 | 07/23/2018 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96** 📝<br>Motion for Permission to Request Mediation Later than 15 Days After Return Day | No |
| 115.00 | 07/23/2018 | D | **FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108** 📝<br>Certificate of Mediation Filed with Motion for Permission to Extend Period to File | No |
| 116.00 | 07/24/2018 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD** 📝<br>*RESULT:* Denied 8/24/2018 BY THE CLERK | No |
| 116.01 | 08/24/2018 | C | **ORDER** 📝<br>*RESULT:* Denied 8/24/2018 BY THE CLERK | No |
| 117.00 | 07/20/2018 | D | **FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108** 📝 | No |
| 118.00 | 07/20/2018 | D | **PETITION TO PARTICIPATE IN MEDIATION PROCESS BY AGGRIEVED PERSON JD-CV-96** 📝<br>*RESULT:* Granted 8/7/2018 HON A MOTTOLESE | No |
| 118.01 | 08/07/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 8/7/2018 HON A MOTTOLESE | No |
| 119.00 | 07/26/2018 | D | **OBJECTION TO MOTION FOR DEFAULT** 📝<br>Objection to Motion for Default for Failure to Plead (Entry No. 116.00)<br>*RESULT:* Sustained 8/22/2018 HON CHARLES LEE | No |
| 119.01 | 08/22/2018 | C | **ORDER** 📝<br>*RESULT:* Sustained 8/22/2018 HON CHARLES LEE | No |
| 120.00 | 07/26/2018 | D | **MOTION FOR EXTENSION OF TIME TO PLEAD** 📝<br>*RESULT:* Granted 8/22/2018 HON CHARLES LEE | No |
| 120.01 | 08/22/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 8/22/2018 HON CHARLES LEE | No |
| 121.00 | 08/02/2018 | P | **OBJECTION TO MOTION** 📝<br>For Inclusion in Mediation<br>*RESULT:* Overruled 8/7/2018 HON A MOTTOLESE | No |
| 121.01 | 08/07/2018 | C | **ORDER** 📝<br>*RESULT:* Overruled 8/7/2018 HON A MOTTOLESE | No |
| 122.00 | 10/24/2018 | D | **FORECLOSURE MEDIATION - MEDIATION SPECIALIST'S MOTION TO EXTEND PREMEDIATION PERIOD** 📝<br>*RESULT:* Granted 11/19/2018 HON ROBERT GENUARIO | No |
| 122.01 | 11/19/2018 | C | **ORDER** 📝<br>*RESULT:* Granted 11/19/2018 HON ROBERT GENUARIO | No |
| 123.00 | 01/28/2019 | D | **REQUEST TO REVISE** 📝 | No |
| 124.00 | 01/31/2019 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** 📝 | No |
| 125.00 | 03/13/2019 | P | **MOTION FOR EXTENSION OF TIME** 📝<br>Motion for Extension of Time to Respond to Defendant's Request to Revise<br>*RESULT:* Denied 3/25/2019 HON ROBERT GENUARIO | No |
| 125.01 | 03/25/2019 | C | **ORDER** 📝<br>*RESULT:* Denied 3/25/2019 HON ROBERT GENUARIO | No |
| 126.00 | 03/21/2019 | D | **OBJECTION TO MOTION FOR EXTENSION OF TIME** 📝<br>Objection to Motion 125.00<br>*RESULT:* Sustained 3/25/2019 HON ROBERT GENUARIO | No |
| 126.01 | 03/25/2019 | C | **ORDER** 📝<br>*RESULT:* Sustained 3/25/2019 HON ROBERT GENUARIO | No |

| # | Date | Party | Description | Arg |
|---|---|---|---|---|
| 127.00 | 08/09/2019 | P | **AMENDED COMPLAINT** | No |
| 128.00 | 08/26/2019 | D | **ANSWER** | No |
| 129.00 | 09/20/2019 | P | **DEMAND FOR DISCLOSURE OF DEFENSE PB 13-19** | No |
| 130.00 | 09/30/2019 | D | **DISCLOSURE OF DEFENSE** | No |
| 131.00 | 10/28/2021 | P | **MOTION TO SUBSTITUTE PARTY**<br>RESULT: Granted 11/29/2021 HON JOHN KAVANEWSKY | No |
| 131.01 | 11/29/2021 | C | **ORDER**<br>RESULT: Granted 11/29/2021 HON JOHN KAVANEWSKY | No |
| 132.00 | 11/17/2021 | P | **MOTION FOR SUMMARY JUDGMENT** | Yes |
| 133.00 | 11/17/2021 | P | **MEMORANDUM IN SUPPORT OF MOTION**<br>Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment | No |
| 134.00 | 11/17/2021 | P | **AFFIDAVIT**<br>Affidavit in Support of Plaintiff's Motion for Summary Judgment | No |
| 135.00 | 12/13/2021 | D | **MOTION FOR EXTENSION OF TIME**<br>Motion to Extend Time to Respond to Motion for Summary Judgment<br>RESULT: Granted 12/28/2021 HON KEVIN TIERNEY | No |
| 135.01 | 12/28/2021 | C | **ORDER**<br>RESULT: Granted 12/28/2021 HON KEVIN TIERNEY | No |
| 136.00 | 12/23/2021 | D | **MOTION FOR EXTENSION OF TIME**<br>SUPPLEMENT TO MOTION FOR EXTENSION OF TIME #135.00 which was filed 12/11/21 | No |
| 137.00 | 01/09/2023 | D | **MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**<br>RE: Defendants Suneeta P Krishna aka etc. and Jarardman Krishna aka etc.<br>RESULT: Granted 2/6/2023 HON EDWARD KRUMEICH | Yes |
| 137.01 | 01/18/2023 | C | **NOTICE** | No |
| 137.02 | 01/18/2023 | C | **NOTICE** | No |
| 137.03 | 02/06/2023 | C | **ORDER**<br>RESULT: Granted 2/6/2023 HON EDWARD KRUMEICH | No |
| 138.00 | 02/01/2023 | D | **CERTIFICATION OF SERVICE**<br>RE: Copy of Notice Sent of Court Hearing on Motion #137.00 | No |
| 139.00 | 02/22/2023 | D | **FORECLOSURE MEDIATION – PETITION FOR REINCLUSION**<br>RESULT: Order 3/7/2023 HON JOHN KAVANEWSKY | No |
| 139.01 | 03/07/2023 | C | **ORDER**<br>RESULT: Order 3/7/2023 HON JOHN KAVANEWSKY | No |
| 140.00 | 03/01/2023 | P | **FORECLOSURE MEDIATION - OBJECTION JD-CV-95**<br>139.00<br>RESULT: Order 3/7/2023 HON JOHN KAVANEWSKY | No |
| 140.01 | 03/07/2023 | C | **ORDER**<br>RESULT: Order 3/7/2023 HON JOHN KAVANEWSKY | No |
| 141.00 | 04/12/2023 | D | **MOTION FOR CONTINUANCE**<br>of 4/13 mediation on consent<br>RESULT: Granted 4/12/2023 HON ROBERT GENUARIO | No |
| 141.01 | 04/12/2023 | C | **ORDER**<br>RESULT: Granted 4/12/2023 HON ROBERT GENUARIO | No |
| 142.00 | 05/09/2023 | C | **FORECLOSURE MEDIATOR'S REPORT** | No |
| 143.00 | 05/09/2023 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** | No |

| Scheduled Court Dates as of 05/23/2023 |||||
|---|---|---|---|---|
| FST-CV18-6036479-S - WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS v. KRISHNA, SUNEETA P, AKA SUNEETA PRASAD AKA SUNEETA Et Al |||||
| # | Date | Time | Event Description | Status |
| No Events Scheduled |||||

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2023, State of Connecticut Judicial Branch

Page Created on 5/24/2023 at 10:11:30 AM