State of Connecticut

                      ss: New Canaan      May 7, 2018

County of Fairfield

Then and there, by virtue hereof, I made service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Jayardman Krishna a/k/a Jayaraman Krishna a/k/a Kris Jayaraman, by leaving a true and attested copy with and in the hands of Jayardman Krishna a/k/a Jayaraman Krishna a/k/a Kris Jayaraman, at 1769 Oenoke Ridge, New Canaan, CT.

Later on May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Suneeta P Krishna a/k/a Suneeta Prasad a/k/a Suneeta Prasad Krishna a/k/a Suneeta Krishna, by leaving a true and attested copy at the usual place of abode of defendant Suneeta P Krishna a/k/a Suneeta Prasad a/k/a Suneeta Prasad Krishna a/k/a Suneeta Krishna, at 1769 Oenoke Rdg, New Canaan, CT.

Later on May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, State of Connecticut Department of Revenue Services, by leaving a true and attested copy with and in the hands of Michelle Cloutier, Secretary, designated to accept service on behalf of Attorney General George Jepson, at 55 Elm ST., Hartford CT.

Later on May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Wells Fargo Bank, National Association f/k/a/ First Union National Bank, by leaving a true and attested copy with and in the hands of Virginia Holloway, Supervisor, Corporation Service Company, agent for service for Wells Fargo Bank, National Association f/k/a/ First Union National Bank, at 50 Weston St., Hartford, CT.

Later on May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Portfolio Recovery Associates, LLC, by leaving a true and attested copy with and in the hands of Virginia Holloway, Supervisor, Corporation Service Company, agent for service for Portfolio Recovery Associates, LLC, at 50 Weston St., Hartford, CT.

Later on the May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Bank of America NA f/k/a Fleet National Bank, by depositing a letter, postage prepaid, return receipt requested, certified (certification #7017 1450 0000 2214 1177) in which letter contained a true and attested copy of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint addressed to Bank of America NA f/k/a Fleet National Bank, c/o Secretary, 100 N Tryon St., Charlotte, NC 28202-2135.

Later on the May 7, 2018, I made further service of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint upon the within named defendant, Porsche Leasing Ltd., d/b/a Bentley Financial Services,  by depositing a letter, postage prepaid, return receipt requested, certified (certification #7017 1450 0000 2214 1160) in which letter contained a true and attested copy of the within original Notice about the residential foreclosure process, You are Being Sued, JD-CV-103, Foreclosure Mediation Notice to Homeowner or Religious Organization JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint addressed to , Porsche Leasing Ltd., d/b/a Bentley Financial Services, c/o Secretary, 1 Porsche Dr, Atlanta, GA 30354-1654.

The within and foregoing is the original JD-CV-103 You are Being Sued, Foreclosure Mediation Notice to Homeowner or Religious Organization, JD-CV-127, Foreclosure Mediation Certificate JD-CV-108, Appearance JD-CL-12, Foreclosure Mediation Notice of Community-Based Resources, JD-CV-126, Mediation Information Form, JD-CV-135, writ, Summons and Complaint with my doings hereon endorsed.

Attest:

*[signature: Sara M. Laden]*

Sara M. Laden

State Marshal, Fairfield County

FEES

| | |
|---|---|
| Service | 240.00 |
| Verification of Pages: | 147.00 |
| Travel | 88.57 |
| Postage | 16.50 |
| Endorsement | 3.20 |
| TOTAL | $495.27 |

012863F01