| | | |
|---|---|---|
| DOCKET NO.: FST-CV18-6036479-S | : | SUPERIOR COURT |
| WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST | : | JUDICIAL DISTRICT OF ITS STAMFORD/NORWALK |
| VS. | : | AT STAMFORD |
| SUNEETA P KRISHNA AKA, ET AL. | : | AUGUST 9, 2019 |

### AMENDED COMPLAINT

1.      The Plaintiff, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST has an office and place of business with an address of 55 Beattie Place, Suite 110, Greenville, SC 29601.

2.      At all times complained of herein, the Defendant(s), SUNEETA P KRISHNA A/K/A SUNEETA PRASAD, A/K/A SUNEETA PRASAD KRISHNA, A/K/A SUNEETA KRISHNA and JAYARDMAN KRISHNA A/K/A JAYARAMAN KRISHNA, A/K/A KRIS JAYARAMAN, owned real property situated in the Town of New Canaan, County of Fairfield and State of Connecticut known as 1769 Oenoke Ridge, a/k/a 369 Pinney Road, New Canaan, CT 06840, (hereinafter the "Property") being more particularly described in Schedule A attached hereto and made a part hereof.

O'CONNELL, ATTMORE,& MORRIS, LLC
280 TRUMBULL STREET, HARTFORD, CT 06103-3598
PHONE NO. (860) 548-1300; FAX NO. (860) 548-0023
JURIS NO. 104083

3.　　On or about April 17, 2000, the Defendant(s), SUNEETA P KRISHNA A/K/A SUNEETA PRASAD, A/K/A SUNEETA PRASAD KRISHNA, A/K/A SUNEETA KRISHNA and JAYARDMAN KRISHNA A/K/A JAYARAMAN KRISHNA, A/K/A KRIS JAYARAMAN, executed and delivered to Washington Mutual Bank FA, a Note (the "Note") for a loan in the original principal amount of $1,152,000.00.

4.　　On said date to secure said Note the Defendant(s), SUNEETA P KRISHNA A/K/A SUNEETA PRASAD, A/K/A SUNEETA PRASAD KRISHNA, A/K/A SUNEETA KRISHNA and JAYARDM AN KRISHNA A/K/A JAYARAMAN KRISHNA, A/K/A KRIS JAYARAMAN, did execute and deliver to Washington Mutual Bank FA, a Mortgage on the Property. Said Mortgage was dated April 17, 2000 and recorded April 18, 2000 in Volume 531 at Page 857 of the New Canaan Land Records. Said Mortgage was thereafter assigned by Washington Mutual Bank FA to EMC Mortgage Corporation by virtue of an Assignment of Mortgage dated March 20, 2003 and recorded September 7, 2005 in Volume 726 at Page 520 of the New Canaan Land Records. Said Mortgage was thereafter assigned by EMC Mortgage LLC F/K/A EMC Mortgage Corporation to Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for VM Trust Series 3 by virtue of an Assignment of Mortgage dated January 7, 2015 and recorded May 21, 2015 in Volume

936 at Page 826 of the New Canaan Land Records. The Plaintiff, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST, is the holder of said Note, and Plaintiff has designated New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), as servicer for the Plaintiff, pursuant to a Limited Power of Attorney.

5.    Said Note is in default due to a failure to make the monthly payment pursuant to the Note and Mortgage due January 1, 2018, and each month thereafter, by Defendants SUNEETA P KRISHNA A/K/A SUNEETA PRASAD, A/K/A SUNEETA PRASAD KRISHNA, A/K/A SUNEETA KRISHNA and JAYARDM AN KRISHNA A/K/A JAYARAMAN KRISHNA, A/K/A KRIS JAYARAMAN and the Plaintiff, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY , BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST as the holder of said Note has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

6.    The Plaintiff has provided written notice by letter dated January 30, 2018, attached as Exhibit A, and sent by certified mail in accordance with the Note and Mortgage to the Defendant(s) of the default under the Note and Mortgage, but said Defendant(s) have failed and neglected to cure the default. The Plaintiff has elected to accelerate the balance due

on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

7.　　The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are prior in right to the Mortgage herein:

      a.　The Town/City of New Canaan may claim an interest in the Property by virtue of inchoate liens for real estate taxes.

8.　　The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are subsequent in right to the Mortgage herein:

      a.　The Defendant, WELLS FARGO BANK, NATIONAL ASSOCIATION F/K/A FIRST UNION NATIONAL BANK, claims an interest in the Property by virtue of a Mortgage in the amount of $151,500.00 dated April 18, 2000 and recorded on May 22, 2000 in Volume 533 at Page 579 of the New Canaan Land Records.

      b.　The Defendant, PORSCHE LEASING LTD., D/B/A BENTLEY FINANCIAL SERVICES, claims an interest in the Property by virtue of an Attachment in the amount of $60,162.67 dated June 28, 2017 and recorded on June 28, 2017 in Volume 975 at Page 163 of the New Canaan Land Records.

      c.　The Defendant, BANK OF AMERICA, NA F/K/A FLEET NATIONAL BANK, claims an interest in the Property by virtue of a Judgment Lien in the amount of $145,287.79 plus court awarded fees and costs dated January 21, 2005 and recorded on February 9, 2005 in Volume 708 at Page 698 of the New Canaan Land Records. This Judgment Lien relates back to an Attachment in the amount of $160,000.00 dated July 16, 2004 and recorded on July 16, 2004 in Volume 693 at Page 241 of the New Canaan Land Records.

    d.    The Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, claims an interest in the Property by virtue of a Judgment Lien in the amount of $11,567.05 plus court awarded fees and costs dated March 28, 2006 and recorded on April 12, 2006 in Volume 740 at Page 1142 of the New Canaan Land Records.

    e.    The Defendant, STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES, may claim an interest in the Property by virtue of a Inchoate Lien for Succession Taxes pursuant to C.G.S. § 13-366 possibly due from the Estate of Wesley R Seibert who died an owner of the property.

9.    The Defendant(s) SUNEETA P KRISHNA A/K/A SUNEETA PRASAD, A/K/A SUNEETA PRASAD KRISHNA, A/K/A SUNEETA KRISHNA and JAYARDMAN KRISHNA A/K/A JAYARAMAN KRISHNA, A/K/A KRIS JAYARARNAN, is/are the owners of the equity of redemption of the Property and, on information and belief, are in possession of the Property.

10.    The Plaintiff, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST, caused a Lis Pendens to be recorded on the Land Records of the Town of New Canaan.

**WHEREFORE**, the Plaintiff claims:

1.   Foreclosure of the Mortgage;
2.   Foreclosure of Mortgage pursuant to Conn. Gen. Stat. Sec 49-17;
3.   Possession of the Property;
4.   A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
5.   Interest (unless same has been precluded by virtue of a Bankruptcy filing);
6.   Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
7.   Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
8.   Such other and further relief as the Court may deem just and equitable

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their personal services, (unless same has been precluded by virtue of a Bankruptcy filing).

Dated at Hartford, Connecticut on August 9, 2019.

PLAINTIFF,

BY: _____

ANJA RUSI, ESQ.
**O'CONNELL ATTMORE & MORRIS, LLC**
ITS ATTORNEYS
280 TRUMBULL STREET, 23RD FLOOR
HARTFORD, CT 06103
Tel: (860) 548-1300
Fax: (860) 548-002

| DOCKET NO.: FST-CV18-6036479 | : | SUPERIOR COURT |
|---|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST | : | JUDICIAL DISTRICT OF ITS STAMFORD/NORWALK |
| Vs. | : | AT STAMFORD |
| SUNEETA P KRISHNA AKA, ET AL. | : | AUGUST 9, 2019 |

### INFORMATION RELATING TO "VALIDATION NOTICE"

This Writ, Summons and Complaint are legal documents used to commence a lawsuit with regards to the debt referenced within them. You must follow the instructions provided therein should you wish to preserve your interests in the suit, even if you dispute the validity or the amount of the debt. As lawyers, this office may file papers in the suit according to the Statutes, Rules of Court and Standing Orders in Connecticut. The "Validation Notice" which has been or will be sent to the borrower(s)("consumers") in no way alters their rights or obligations with respect to this lawsuit. If you are the borrower ("consumer"), and if you notify us that the debt or any portion thereof is disputed, or if you request proof of the debt or the name and address of the original creditor within the thirty (30) day time period of the validation notice, we will stop our collection efforts including this foreclosure suit until we mail the requested information to you.

| DOCKET NO.: FST-CV18-6036479 | : | SUPERIOR COURT |
| WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 3, A DELAWARE STATUTORY TRUST | : | JUDICIAL DISTRICT OF ITS STAMFORD/NORWALK |
| VS. | : | AT STAMFORD |
| SUNEETA P KRISHNA AKA, ET AL. | : | AUGUST 9, 2019 |

### STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand is not less than $15,000.00, exclusive of interest and costs.

PLAINTIFF,

BY: _____

ANJA RUSI, ESQ.
**O'CONNELL ATTMORE & MORRIS, LLC**
ITS ATTORNEYS
280 TRUMBULL STREET, 23RD FLOOR
HARTFORD, CT 06103
Tel: (860) 548-1300
Fax: (860) 548-0023

## SCHEDULE A

All that certain piece, parcel or tract of land, with the buildings and other improvements thereon, situated in the Town of New Canaan, County of Fairfield and State of Connecticut, known and designated as "Parcel #13 Helen Post Curry 2.331 Acres" as shown on a certain map entitled "Map Showing Exchange of Property Prepared for Helen Post Curry and John J. and Kathleen J. Cooney New Canaan, Connecticut" which map is now on file in the office of the New Canaan Town Clerk as Map No. 6629, reference thereto being had for a more particular description thereof. Said property being bounded and described as follows:

| | | |
|---|---|---|
| NORTHERLY: | 576.17 | feet by land now or formerly of Eldon Wallingford, as shown on said map, being the state boundary line with the state of New York; |
| EASTERLY: | 102.61 | feet by land now or formerly of Tuljan R. Sloan, as shown on said map; |
| SOUTHERLY: | 178.73 | feet; and |
| SOUTHEASTERLY: | 236.01 | feet; and again |
| EASTERLY: | 55.35 | feet all by land now or formerly of John J. and Kathleen J. Cooney also known as "Parcel #14", as shown on said map; |
| SOUTHWESTERLY: | 422.69 | feet by Pinney Road, also known as Connecticut Route #124, as shown on said map; |
| WESTERLY: | 25.39 | feet by land now or formerly of Eldon Wallingford, as shown on said map. |

Together with the benefits and rights set forth in a certain Boundary Line Agreement and Easement from John S. Warden and Joan K. Gallagher-Warden to Robert Curry and Helen Post Curry, dated February 14, 1990 and recorded in Liber 9836 at Page 330 of the Westchester County Land Records, and recorded in Book 368 at Page 230 of the New Canaan Land Records.

File: 012863F01

# EXHIBIT A

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 0599 59

S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201002 - 537799275 I05304
SUNEETA P KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

004610104E04

P.O. Box 385809
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

ılıılljılı·ı·ılıılıılılıılıılıılıılıılıılıılıılıı·ıljı
S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201002 - 537799275 I05305
SUNEETA P KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

01/30/2018

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

RE:     Deed of Trust/Mortgage Dated: 04/17/2000
        Loan #:
        Property: 1769 Oenoke Ridge Rd
                New Canaan, CT 06840

Dear Mortgagor:

Shellpoint Mortgage Servicing ("Shellpoint"), acting as servicer on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust, the owner and holder of the above referenced loan (the "Loan"), and in accordance with the above referenced Deed of Trust/Mortgage ("Security Instrument") the related promissory note (the "Note"), and applicable state laws, provides you with formal notice of the following:

The loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

To cure this default, you must pay all amounts due under the terms of the Note and Security Instrument.

As of 01/30/2018, the total amount necessary to bring the Loan current is $21,540.62 (the "Amount Due"). For the exact amount you must pay to bring the Loan current after 01/30/2018, please contact our office at 866-825-2174 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day.

Payment to bring your loan current should be sent to

> Shellpoint Mortgage Servicing
> P.O. Box 740039
> Cincinnati, OH 45274-0039

You are further informed that despite any departure from the terms of your loan that may have occurred, from this point forward strict compliance with the exact terms of the loan will be required.

If you have not cured the default within thirty days (30) days of this notice, Shellpoint intends to accelerate the sums evidenced by the Note and Security instruments and declare same due and payable in full and to take other legally and contractually permitted action to collect the same, including foreclosure of the lien on the Property and sale of the Property. If such date falls on a Saturday, Sunday or legal holiday then the Due Date shall be the next business day. Any partial payment received by our office on the Loan after the date of this letter may not be applied to the reduction of the Amount Due and may be returned however any such acceptance does not waive the right to proceed with foreclosure and a new demand letter may not be sent

You have the right to reinstate the Loan and the right to bring an action to have the foreclosure action dismissed, claim that your loan is not in default or any other defense to acceleration and sale that you may have including the right in any lawsuit for Foreclosure and Sale to argue that you kept your promises and agreements under the Note and Security Instrument and to present any other defenses that you may have. This notice remains in effect until the default is cured.

### SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.

Upon acceleration of your Note, Shellpoint may refer the property for foreclosure. In accordance with the terms of your Note, Security Instruments and applicable state laws, if Shellpoint prevails in the foreclosure action, you may incur costs related to foreclosure, including attorney's fees as provided for in the Note and Security Instrument.

We are hereby giving you notice that we may make or cause to be made reasonable entries upon and inspections of the Property. We will attempt to contact you before we make such entry. However, if the Property is determined to be vacant or abandoned, we will take steps necessary to protect it against vandalism or other types of damages, such as exposure to the elements.

Shellpoint offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287 or at www.hud.gov.

This matter is very important. Please give it your immediate attention.

Be advised that you have the option to discuss whether the property may be marketed for sale prior to foreclosure, by mutual consent of yourself and our office by contacting us at 866-825-2174. You must contact our office within 60 days from date of notice. For more information, you should contact a licensed real estate agent to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process. If you and the creditor agree to the process, an appraisal will be required as well as an interior and exterior inspection. Remember, the terms and conditions of the listing agreement and offer to purchase must be acceptable to both you and your lender. You must sign an agreement to sell the property if an acceptable offer is received.

The purpose of this letter is to provide you with notice under Section 49-24(3) of the Connecticut General Statutes, as amended, that you have the option to contact Shellpoint to discuss whether the property may, by mutual consent with the Shellpoint, be marketed for sale pursuant to a listing agreement in accordance with C.G.S. Section 49-24(5). Please be advised that:

(1) Shellpoint can be reached at P.O. Box 10826 Greenville, SC 29603-0826, 866-825-2174, by fax 866-467-1187, or by contacting Lossmitigation@shellpointmtg.com.

(2) To qualify for the benefits under this statute, on or before 60 days from the date of this letter, you must initiate contact with the Shellpoint with contemporaneous confirmation in writing of your election to pursue, which writing may be mailed or emailed;

(3) You should contact a real estate agent licensed under Chapter 392 of the Connecticut General Statutes to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process;

(4) If you and Shellpoint agree to proceed with further discussions concerning an acceptable listing agreement, you must first permit an appraisal to be obtained in accordance with C.G.S. Section 49-24(4) for purposes of verifying eligibility for foreclosure by market sale;

(5) The appraisal will require both an interior and exterior inspection of the property;

(6) The terms and conditions of the listing agreement, including the duration and listing price, must be acceptable to both you and Shellpoint;

(7) The terms and condition of any offer to purchase, including the purchase price and any contingencies, must be acceptable to both you and Shellpoint;

(8) If an acceptable offer is received, you will sign an agreement to sell the property through a foreclosure by market sale.

**IF YOU CONSENT TO FORECLOSURE BY MARKET SALE, YOU WILL NOT BE ELIGIBLE FOR FORECLOSURE MEDIATION IN ANY TYPE OF FORECLOSURE ACTION THAT IS COMMENCED FOLLOWING THE GIVING OF SUCH CONSENT.**

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

**FORECLOSURE MEDIATION**
**NOTICE OF COMMUNITY-BASED**
**RESOURCES**
JD-CV-126 Rev. 7-16
C.G.S. § 49-31/

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUDICIAL BRANCH
www.jud.ct.gov

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## State of Connecticut Department of Banking
## Foreclosure Hotline Bulletin
## Community-Based Resources for Connecticut Homeowners in Foreclosure

**Note:** *Assistance in multiple languages is available through Connecticut Housing Finance Authority (CHFA/HUD)-approved housing counseling agencies (refer to the list below). Ayuda en Español es disponible a través de agencias de consejería de vivienda aprobado por CHFA/HUD (favor de referirse a la lista de abajo).*

### Toll-free Mortgage Foreclosure Assistance Hotline: 1-877-472-8313
### Department of Banking Website: www.ct.gov/dob

The free Foreclosure Hotline is open Monday-Friday 8:00 a.m. to 5:00 p.m. Calls will be returned within two business days. Homeowners who are currently a party to a foreclosure action with time sensitive foreclosure concerns should call the Hotline for assistance. You can also reach the Department of Banking by calling **1-800-831-7225 (toll-free)** or **860-240-8299**.

### Mortgage Assistance Programs from the Connecticut Housing Finance Authority (CHFA)

**The Connecticut Housing Finance Authority** administers the state's Emergency Mortgage Assistance Program (EMAP) which was created by the Connecticut General Assembly. EMAP can help eligible homeowners with overdue payments and provide monthly mortgage assistance. For more information, contact a CHFA/HUD-approved housing counseling agency (listed below), call CHFA at **1-877-571-2432**, or visit www.chfa.org.

**CHFA/HUD-Approved Housing Counselors:** CHFA/HUD-approved housing counselors provide free services to Connecticut homeowners who are struggling financially and may be at risk of foreclosure. They can review your budget and try to find ways to help with your financial issues. They are trained in handling FHA and "conventional" loans and can help you negotiate with your mortgage company or apply to CHFA for an Emergency Mortgage Assistance loan.If a foreclosure case has been filed against you and you have asked to participate in the Foreclosure Mediation Program, they can help you get ready for mediation (including the Premediation meetings with your mediator) and help you submit financial documents to your mortgage company as part of the mediationprocess. CHFA/HUD approved housing counselors welcome residents from all over Connecticut. You do not need to go to the agency closest to you.

| County | CHFA/HUD-Approved Housing Counseling Agency | Phone |
|--------|--------------------------------------------|-------|
| Fairfield | Bridgeport Neighborhood Trust, 570 State Street, Bridgeport www.bntweb.org | 203-290-4255 |
| Hartford | **Community Renewal Team**, 395 Wethersfield Ave., Hartford www.crtct.org | 860-560-5880 |
| | **Neighborhood Housing Services of New Britain**, 223 Broad St., New Britain www.nhsnb.org | 860-224-2433 |
| New Haven | **Neighborhood Housing Services of New Haven**, 333 Sherman Ave., New Haven *www.nhsofnewhaven.org* | 203-777-6925 |
| | **Capital for Change, Inc.,** 171 Orange St., New Haven *www.gnhclf.org* | 203-624-7406 |
| | **Neighborhood Housing Services of Waterbury**, 161 North Main StreetWaterbury *www.nhsofwaterbury.org* (serves Waterbury, Naugatuck, Torrington, and all of Northwest CT) | 203-753-1896 |

## Legal Resources

**Foreclosure Prevention Legal Clinics:** The Connecticut Fair Housing Center and the Department of Banking present free clinics for homeowners in foreclosure. The clinics offer information on the process and on preparing for court from a Center attorney, guidance on resources for homeowners from the Department of Banking. After the presentations, homeowners can talk about their situations one-on-one with volunteer attorneys, paralegals. **When scheduled in Hartford County**, the clinic is held on **the 3rd Tuesday evening of the month,** and is run by the Connecticut Fair Housing Center and the University of Hartford Paralegal Studies Program. **When scheduled in Fairfield County,** the clinic is held on **the 3rd Wednesday evening of the month,** and is run by the Connecticut Fair Housing Center and Homes Saved By Faith. The Fairfield County clinics are sponsored by the mayors of Bridgeport, Stamford, and Norwalk. Call **1-888-247-4401** or visit www.ctfairhousing.org for more information.

**Judicial Branch Foreclosure Volunteer Attorney Program:** Volunteer attorneys are available to give advice and answer questions about foreclosure at certain courthouses in the state. Homeowners facing foreclosure throughout Connecticut are welcome to attend. Call 860-263-2734 for additional information or visit http://www.jud.ct.gov/volunteer_atty_prgm.htm.

**Foreclosure Manual for Self-Represented Homeowners:** The Connecticut Fair Housing Center publishes "Representing Yourself in Foreclosure: A Guide for Connecticut Homeowners," a free manual describing the foreclosure and mediation process for self-represented homeowners. Copies are available at many locations, such as CHFA/HUD-approved housing counselors, www.ctfairhousing.org, and by calling the Center at 1-888-247-4401.

**Statewide Legal Services (SLS):** SLS provides free legal advice and referrals for callers qualifying for its services (guidelines include income limits). Call **1-800-453-3320 or 860-344-0380** or visit www.slsct.org for more information.

**Court Service Centers:** In certain Superior Court locations, Court Service Centers provide public access computers, printers, fax machines, copiers, phones, and work space for self-represented parties. Refer to **www.jud.ct.gov**, and go to the **Quick Links** menu on the home page of the Judicial website for more information.

**Lawyer Referral Services:** County Bar Associations in Connecticut offer referral services that introduce homeowners to lawyers who can answer questions during an initial half-hour consultation. You can send an email with your questions and availability. Services beyond the 1st half-hour fee will be at the attorney's usual fee.

| County | Phone | Fee for 1/2 hour Consultation | Website | Email |
|---|---|---|---|---|
| Fairfield | **203-335-4116** | $35 | www.fairfieldlawyerreferral.com | fcba@conversent.net |
| Hartford* | **860-525-6052** | $25 | www.hartfordbar.org | hcba@hartfordbar.org |
| New Haven | **203-562-5750** | $35 | www.newhavenbar.org | NHCBAinfo@newhavenbar.org |
| New London | **860-889-9384** | $25 | www.nlcba.org | **See website for contact form** |

*The Hartford County Bar also covers Litchfield, Middlesex, Tolland, and Windham Counties.

## How Foreclosure Rescue Scams Work.
People in foreclosure are often the target of "foreclosure rescue scams." Be **very** careful of non-lawyers who ask you to pay a fee for counseling, loan modification, foreclosure prevention, or a "forensic audit" of your loan documents, **regardless of their promises or claims.** Many out-of-state attorneys target Connecticut residents: **you should never pay attorneys that you do not meet.** Contact the Department of Banking for more information at **1-877-472-8313** or visit *www.preventloanscams.org.*

## Mortgage Crisis Job Training Program.
The state-funded Mortgage Crisis Job Training Program is a project of The WorkPlace, Inc., in partnership with the Connecticut Housing Finance Authority (CHFA), Capital Workforce Partners, and Connecticut's workforce system. The Program helps homeowners increase their job skills and earning potential. It offers customized employment services, job training scholarships, financial literacy, and credit counseling. For information call **1-866-683-1682** or go to **www.workplace.org/mortgage-crisis-job-training-program/.**

## Financial Assistance Programs.
Connecticut's 12 Community Action Agencies (CAAs) help people meet immediate needs through services such as Eviction and Foreclosure Prevention, energy/heating assistance, food pantries, and weatherization. CAAs also empower people to improve their financial future through employment services, financial literacy training, and other programs. To locate your local CAA call the Connecticut Association for Community Action at **860-832-9438** or visit: *www.cafca.org/our-network.*

For more information on programs for homeowners facing financial distress, review the Department of Banking's materials on *www.ct.gov/dob* or call **1-877-472-8313**. You can also call Info line at 2-1-1 for resources.

If you have submitted a complete borrower response package and are currently in an active loss mitigation review, you will not be referred to foreclosure. If your loss mitigation application is denied or you fail to meet the terms of the new loss mitigation agreement, then you may be referred to foreclosure or continue with the foreclosure process.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第362章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：**联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647)和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance)或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 0599 42

S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201000 - 537799273 I05290
SUNEETA P KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

P.O. BOX 23005009
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED


Shellpoint

Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

|ı•ı||ı•|ıılıı•ı|||ıı•ı|ı|ıılııılıı•||||ı|ıı•ıı•ıı|ıı•ıı|ııı•ı|
S-SFRECS20 L-1100-CT-C R-106
P7WM9000201000 - 537799273 I05291
SUNEETA P KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

01/30/2018

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

RE:     Deed of Trust/Mortgage Dated: 04/17/2000
        Loan #:
        Property: 1769 Oenoke Ridge Rd
                  New Canaan, CT 06840

Dear Mortgagor:

Shellpoint Mortgage Servicing ("Shellpoint"), acting as servicer on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust, the owner and holder of the above referenced loan (the "Loan"), and in accordance with the above referenced Deed of Trust/Mortgage ("Security Instrument") the related promissory note (the "Note"), and applicable state laws, provides you with formal notice of the following:

The loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

To cure this default, you must pay all amounts due under the terms of the Note and Security Instrument.

As of 01/30/2018, the total amount necessary to bring the Loan current is $21,540.62 (the "Amount Due").   For the exact amount you must pay to bring the Loan current after 01/30/2018, please contact our office at 866-825-2174 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day.

Payment to bring your loan current should be sent to

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

You are further informed that despite any departure from the terms of your loan that may have occurred, from this point forward strict compliance with the exact terms of the loan will be required.

If you have not cured the default within thirty days (30) days of this notice, Shellpoint intends to accelerate the sums evidenced by the Note and Security instruments and declare same due and payable in full and to take other legally and contractually permitted action to collect the same, including foreclosure of the lien on the Property and sale of the Property.  If such date falls on a Saturday, Sunday or legal holiday then the Due Date shall be the next business day.  Any partial payment received by our office on the Loan after the date of this letter may not be applied to the reduction of the Amount Due and may be returned however any such acceptance does not waive the right to proceed with foreclosure and a new demand letter may not be sent

You have the right to reinstate the Loan and the right to bring an action to have the foreclosure action dismissed, claim that your loan is not in default or any other defense to acceleration and sale that you may have including the right in any lawsuit for Foreclosure and Sale to argue that you kept your promises and agreements under the Note and Security Instrument and to present any other defenses that you may have.  This notice remains in effect until the default is cured.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Upon acceleration of your Note, Shellpoint may refer the property for foreclosure. In accordance with the terms of your Note, Security Instruments and applicable state laws. If Shellpoint prevails in the foreclosure action, you may incur costs related to foreclosure, including attorney's fees as provided for in the Note and Security Instrument.

We are hereby giving you notice that we may make or cause to be made reasonable entries upon and inspections of the Property. We will attempt to contact you before we make such entry. However, if the Property is determined to be vacant or abandoned, we will take steps necessary to protect it against vandalism or other types of damages, such as exposure to the elements.

Shellpoint offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287 or at www.hud.gov.

This matter is very important. Please give it your immediate attention.

Be advised that you have the option to discuss whether the property may be marketed for sale prior to foreclosure, by mutual consent of yourself and our office by contacting us at 866-825-2174. You must contact our office within 60 days from date of notice. For more information, you should contact a licensed real estate agent to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process. If you and the creditor agree to the process, an appraisal will be required as well as an interior and exterior inspection. Remember, the terms and conditions of the listing agreement and offer to purchase must be acceptable to both you and your lender. You must sign an agreement to sell the property if an acceptable offer is received.

The purpose of this letter is to provide you with notice under Section 49-24(3) of the Connecticut General Statutes, as amended, that you have the option to contact Shellpoint to discuss whether the property may, by mutual consent with the Shellpoint, be marketed for sale pursuant to a listing agreement in accordance with C.G.S. Section 49-24(5).  Please be advised that:

(1)  Shellpoint can be reached at P.O. Box 10826 Greenville, SC 29603-0826, 866-825-2174, by fax 866-467-1187, or by contacting Lossmitigation@shellpointmtg.com.

(2)  To qualify for the benefits under this statute, on or before 60 days from the date of this letter, you must initiate contact with the Shellpoint with contemporaneous confirmation in writing of your election to pursue, which writing may be mailed or emailed;

(3)  You should contact a real estate agent licensed under Chapter 392 of the Connecticut General Statutes to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process;

(4)  If you and Shellpoint  agree to proceed with further discussions concerning an acceptable listing agreement, you must first permit an appraisal to be obtained in accordance with C.G.S. Section 49-24(4) for purposes of verifying eligibility for foreclosure by market sale;

(5)  The appraisal will require both an interior and exterior inspection of the property;

(6)  The terms and conditions of the listing agreement, including the duration and listing price, must be acceptable to both you and Shellpoint;

(7)  The terms and condition of any offer to purchase, including the purchase price and any contingencies, must be acceptable to both you and Shellpoint;

(8)  If an acceptable offer is received, you will sign an agreement to sell the property through a foreclosure by market sale.

**IF YOU CONSENT TO FORECLOSURE BY MARKET SALE, YOU WILL NOT BE ELIGIBLE FOR FORECLOSURE MEDIATION IN ANY TYPE OF FORECLOSURE ACTION THAT IS COMMENCED FOLLOWING THE GIVING OF SUCH CONSENT.**

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

**FORECLOSURE MEDIATION
NOTICE OF COMMUNITY-BASED
RESOURCES**

JD-CV-126 Rev. 7-16
C.G.S. § 49-31/

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL BRANCH
www.jud.ct.gov

| ADA NOTICE |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

## State of Connecticut Department of Banking
## Foreclosure Hotline Bulletin
## Community-Based Resources for Connecticut Homeowners in Foreclosure

**Note:** *Assistance in multiple languages is available through Connecticut Housing Finance Authority (CHFA/HUD)-approved housing counseling agencies (refer to the list below). Ayuda en Español es disponible a través de agencias de consejeria de vivienda aprobado por CHFA/HUD (favor de referirse a la lista de abajo).*

### Toll-free Mortgage Foreclosure Assistance Hotline: 1-877-472-8313
### Department of Banking Website: www.ct.gov/dob

The free Foreclosure Hotline is open Monday-Friday 8:00 a.m. to 5:00 p.m. Calls will be returned within two business days. Homeowners who are currently a party to a foreclosure action with time sensitive foreclosure concerns should call the Hotline for assistance. You can also reach the Department of Banking by calling **1-800-831-7225 (toll-free)** or **860-240-8299**.

### Mortgage Assistance Programs from the Connecticut Housing Finance Authority (CHFA)

**The Connecticut Housing Finance Authority** administers the state's Emergency Mortgage Assistance Program (EMAP) which was created by the Connecticut General Assembly. EMAP can help eligible homeowners with overdue payments and provide monthly mortgage assistance. For more information, contact a CHFA/HUD-approved housing counseling agency (listed below), call CHFA at **1-877-571-2432**, or visit www.chfa.org.

**CHFA/HUD-Approved Housing Counselors:** CHFA/HUD-approved housing counselors provide free services to Connecticut homeowners who are struggling financially and may be at risk of foreclosure. They can review your budget and try to find ways to help with your financial issues. They are trained in handling FHA and "conventional" loans and can help you negotiate with your mortgage company or apply to CHFA for an Emergency Mortgage Assistance loan.If a foreclosure case has been filed against you and you have asked to participate in the Foreclosure Mediation Program, they can help you get ready for mediation (including the Premediation meetings with your mediator) and help you submit financial documents to your mortgage company as part of the mediationprocess. CHFA/HUD approved housing counselors welcome residents from all over Conneticut. You do not need to go to the agency closest to you.

| County | CHFA/HUD-Approved Housing Counseling Agency | Phone |
| --- | --- | --- |
| Fairfield | Bridgeport Neighborhood Trust, 570 State Street, Bridgeport www.bntweb.org | 203-290-4255 |
| Hartford | **Community Renewal Team**, 395 Wethersfield Ave., Hartford www.crtct.org | 860-560-5880 |
| | **Neighborhood Housing Services of New Britain**, 223 Broad St., New Britain www.nhsnb.org | 860-224-2433 |
| New Haven | **Neighborhood Housing Services of New Haven**, 333 Sherman Ave., New Haven *www.nhsofnewhaven.org* | 203-777-6925 |
| | **Capital for Change, Inc.**, 171 Orange St., New Haven *www.gnhclf.org* | 203-624-7406 |
| | **Neighborhood Housing Services of Waterbury**, 161 North Main StreetWaterbury *www.nhsofwaterbury.org* (serves Waterbury, Naugatuck, Torrington, and all of Northwest CT) | 203-753-1896 |

**Legal Resources**

**Foreclosure Prevention Legal Clinics:** The Connecticut Fair Housing Center and the Department of Banking present free clinics for homeowners in foreclosure. The clinics offer information on the process and on preparing for court from a Center attorney, guidance on resources for homeowners from the Department of Banking. After the presentations, homeowners can talk about their situations one-on-one with volunteer attorneys, paralegals. **When scheduled in Hartford County**, the clinic is held on **the 3rd Tuesday evening of the month,** and is run by the Connecticut Fair Housing Center and the University of Hartford Paralegal Studies Program. **When scheduled in Fairfield County,** the clinic is held on **the 3rd Wednesday evening of the month,** and is run by the Connecticut Fair Housing Center and Homes Saved By Faith. The Fairfield County clinics are sponsored by the mayors of Bridgeport, Stamford, and Norwalk. Call **1-888-247-4401** or visit www.ctfairhousing.org for more information.

**Judicial Branch Foreclosure Volunteer Attorney Program:** Volunteer attorneys are available to give advice and answer questions about foreclosure at certain courthouses in the state. Homeowners facing foreclosure throughout Connecticut are welcome to attend. Call 860-263-2734 for additional information or visit http://www.jud.ct.gov/volunteer_atty_prgm.htm.

**Foreclosure Manual for Self-Represented Homeowners:** The Connecticut Fair Housing Center publishes "Representing Yourself in Foreclosure: A Guide for Connecticut Homeowners," a free manual describing the foreclosure and mediation process for self-represented homeowners. Copies are available at many locations, such as CHFA/HUD-approved housing counselors, www.ctfairhousing.org, and by calling the Center at 1-888-247-4401.

**Statewide Legal Services (SLS):** SLS provides free legal advice and referrals for callers qualifying for its services (guidelines include income limits). Call **1-800-453-3320 or 860-344-0380** or visit www.slsct.org for more information.

**Court Service Centers:** In certain Superior Court locations, Court Service Centers provide public access computers, printers, fax machines, copiers, phones, and work space for self-represented parties. Refer to **www.jud.ct.gov**, and go to the **Quick Links** menu on the home page of the Judicial website for more information.

**Lawyer Referral Services:** County Bar Associations in Connecticut offer referral services that introduce homeowners to lawyers who can answer questions during an initial half-hour consultation. You can send an email with your questions and availability. Services beyond the 1st half-hour fee will be at the attorney's usual fee.

| County | Phone | Fee for 1/2 hour Consultation | Website | Email |
|---|---|---|---|---|
| Fairfield | **203-335-4116** | $35 | www.fairfieldlawyerreferral.com | fcba@conversent.net |
| Hartford* | **860-525-6052** | $25 | www.hartfordbar.org | hcba@hartfordbar.org |
| New Haven | **203-562-5750** | $35 | www.newhavenbar.org | NHCBAinfo@newhavenbar.org |
| New London | **860-889-9384** | $25 | www.nlcba.org | **See website for contact form** |

*The Hartford County Bar also covers Litchfield, Middlesex, Tolland, and Windham Counties.

**How Foreclosure Rescue Scams Work.** People in foreclosure are often the target of "foreclosure rescue scams." Be **very** careful of non-lawyers who ask you to pay a fee for counseling, loan modification, foreclosure prevention, or a "forensic audit" of your loan documents, **regardless of their promises or claims.** Many out-of-state attorneys target Connecticut residents: **you should never pay attorneys that you do not meet.** Contact the Department of Banking for more information at **1-877-472-8313** or visit *www.preventloanscams.org.*

**Mortgage Crisis Job Training Program.** The state-funded Mortgage Crisis Job Training Program is a project of The WorkPlace, Inc., in partnership with the Connecticut Housing Finance Authority (CHFA), Capital Workforce Partners, and Connecticut's workforce system. The Program helps homeowners increase their job skills and earning potential. It offers customized employment services, job training scholarships, financial literacy, and credit counseling. For information call **1-866-683-1682** or go to **www.workplace.org/mortgage-crisis-job-training-program/.**

**Financial Assistance Programs.** Connecticut's 12 Community Action Agencies (CAAs) help people meet immediate needs through services such as Eviction and Foreclosure Prevention, energy/heating assistance, food pantries, and weatherization. CAAs also empower people to improve their financial future through employment services, financial literacy training, and other programs. To locate your local CAA call the Connecticut Association for Community Action at **860-832-9438** or visit: *www.cafca.org/our-network.*

For more information on programs for homeowners facing financial distress, review the Department of Banking's materials on *www.ct.gov/dob* or call **1-877-472-8313**. You can also call Info line at 2-1-1 for resources.

JD-CV-126 Rev. 7-16

If you have submitted a complete borrower response package and are currently in an active loss mitigation review, you will not be referred to foreclosure. If your loss mitigation application is denied or you fail to meet the terms of the new loss mitigation agreement, then you may be referred to foreclosure or continue with the foreclosure process.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 0599 73

S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201003 - 537799276 I05311
JAYARDMAN KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

00465010404

P.O. Box 23-65009
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1100-CT-C R-106
P7WM9000201003 - 537799276 I05312
JAYARDMAN KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

01/30/2018

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

RE:    Deed of Trust/Mortgage Dated: 04/17/2000
        Loan #:
        Property: 1769 Oenoke Ridge Rd
                    New Canaan, CT 06840

Dear Mortgagor:

Shellpoint Mortgage Servicing  ("Shellpoint"), acting as servicer on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust, the owner and holder of the above referenced loan (the "Loan"), and in accordance with the above referenced Deed of Trust/Mortgage ("Security Instrument") the related promissory note (the "Note"), and applicable state laws, provides you with formal notice of the following:

The loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

To cure this default, you must pay all amounts due under the terms of the Note and Security Instrument.

As of  01/30/2018, the total amount necessary to bring the Loan current is $21,540.62 (the "Amount Due").   For the exact amount you must pay to bring the Loan current after 01/30/2018, please contact our office at 866-825-2174 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day.

Payment to bring your loan current should be sent to
                        Shellpoint Mortgage Servicing
                        P.O. Box 740039
                        Cincinnati, OH 45274-0039

You are further informed that despite any departure from the terms of your loan that may have occurred, from this point forward strict compliance with the exact terms of the loan will be required.

If you have not cured the default within thirty days (30) days of this notice, Shellpoint intends to accelerate the sums evidenced by the Note and Security instruments and declare same due and payable in full and to take other legally and contractually permitted action to collect the same, including foreclosure of the lien on the Property and sale of the Property.  If such date falls on a Saturday, Sunday or legal holiday then the Due Date shall be the next business day.  Any partial payment received by our office on the Loan after the date of this letter may not be applied to the reduction of the Amount Due and may be returned however any such acceptance does not waive the right to proceed with foreclosure and a new demand letter may not be sent

You have the right to reinstate the Loan and the right to bring an action to have the foreclosure action dismissed, claim that your loan is not in default or any other defense to acceleration and sale that you may have including the right in any lawsuit for Foreclosure and Sale to argue that you kept your promises and agreements under the Note and Security Instrument and to present any other defenses that you may have.  This notice remains in effect until the default is cured.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Upon acceleration of your Note, Shellpoint may refer the property for foreclosure. In accordance with the terms of your Note, Security Instruments and applicable state laws, if Shellpoint prevails in the foreclosure action, you may incur costs related to foreclosure, including attorney's fees as provided for in the Note and Security Instrument.

We are hereby giving you notice that we may make or cause to be made reasonable entries upon and inspections of the Property. We will attempt to contact you before we make such entry. However, if the Property is determined to be vacant or abandoned, we will take steps necessary to protect it against vandalism or other types of damages, such as exposure to the elements.

Shellpoint offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287 or at www.hud.gov.

This matter is very important.  Please give it your immediate attention.

Be advised that you have the option to discuss whether the property may be marketed for sale prior to foreclosure, by mutual consent of yourself and our office by contacting us at 866-825-2174. You must contact our office within 60 days from date of notice. For more information, you should contact a licensed real estate agent to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process. If you and the creditor agree to the process, an appraisal will be required as well as an interior and exterior inspection. Remember, the terms and conditions of the listing agreement and offer to purchase must be acceptable to both you and your lender. You must sign an agreement to sell the property if an acceptable offer is received.

The purpose of this letter is to provide you with notice under Section 49-24(3) of the Connecticut General Statutes, as amended, that you have the option to contact Shellpoint to discuss whether the property may, by mutual consent with the Shellpoint, be marketed for sale pursuant to a listing agreement in accordance with C.G.S. Section 49-24(5).  Please be advised that:

(1)  Shellpoint can be reached at P.O. Box 10826 Greenville, SC 29603-0826, 866-825-2174, by fax 866-467-1187, or by contacting Lossmitigation@shellpointmtg.com.

(2)  To qualify for the benefits under this statute, on or before 60 days from the date of this letter, you must initiate contact with the Shellpoint with contemporaneous confirmation in writing of your election to pursue, which writing may be mailed or emailed;

(3)  You should contact a real estate agent licensed under Chapter 392 of the Connecticut General Statutes to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process;

(4)  If you and Shellpoint  agree to proceed with further discussions concerning an acceptable listing agreement, you must first permit an appraisal to be obtained in accordance with C.G.S. Section 49-24(4) for purposes of verifying eligibility for foreclosure by market sale;

(5)  The appraisal will require both an interior and exterior inspection of the property;

(6)  The terms and conditions of the listing agreement, including the duration and listing price, must be acceptable to both you and Shellpoint;

(7)  The terms and condition of any offer to purchase, including the purchase price and any contingencies, must be acceptable to both you and Shellpoint;

(8)  If an acceptable offer is received, you will sign an agreement to sell the property through a foreclosure by market sale.

**IF YOU CONSENT TO FORECLOSURE BY MARKET SALE, YOU WILL NOT BE ELIGIBLE FOR FORECLOSURE MEDIATION IN ANY TYPE OF FORECLOSURE ACTION THAT IS COMMENCED FOLLOWING THE GIVING OF SUCH CONSENT.**

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

**FORECLOSURE MEDIATION NOTICE OF COMMUNITY-BASED RESOURCES**
JD-CV-126 Rev. 7-16
C.G.S. § 49-31/

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUDICIAL BRANCH
www.jud.ct.gov



| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

## State of Connecticut Department of Banking
## Foreclosure Hotline Bulletin
## Community-Based Resources for Connecticut Homeowners in Foreclosure

**Note:** *Assistance in multiple languages is available through Connecticut Housing Finance Authority (CHFA/HUD)-approved housing counseling agencies (refer to the list below). Ayuda en Español es disponible a través de agencias de consejería de vivienda aprobado por CHFA/HUD (favor de referirse a la lista de abajo).*

### Toll-free Mortgage Foreclosure Assistance Hotline: 1-877-472-8313
### Department of Banking Website: www.ct.gov/dob

The free Foreclosure Hotline is open Monday-Friday 8:00 a.m. to 5:00 p.m. Calls will be returned within two business days. Homeowners who are currently a party to a foreclosure action with time sensitive foreclosure concerns should call the Hotline for assistance. You can also reach the Department of Banking by calling **1-800-831-7225 (toll-free)** or **860-240-8299.**

### Mortgage Assistance Programs from the Connecticut Housing Finance Authority (CHFA)

**The Connecticut Housing Finance Authority** administers the state's Emergency Mortgage Assistance Program (EMAP) which was created by the Connecticut General Assembly. EMAP can help eligible homeowners with overdue payments and provide monthly mortgage assistance. For more information, contact a CHFA/HUD-approved housing counseling agency (listed below), call CHFA at **1-877-571-2432**, or visit www.chfa.org.

### CHFA/HUD-Approved Housing Counselors: CHFA/HUD-approved housing counselors provide free services to
Connecticut homeowners who are struggling financially and may be at risk of foreclosure. They can review your budget and try to find ways to help with your financial issues. They are trained in handling FHA and "conventional" loans and can help you negotiate with your mortgage company or apply to CHFA for an Emergency Mortgage Assistance loan.If a foreclosure case has been filed against you and you have asked to participate in the Foreclosure Mediation Program, they can help you get ready for mediation (including the Premediation meetings with your mediator) and help you submit financial documents to your mortgage company as part of the mediationprocess. CHFA/HUD approved housing counselors welcome residents from all over Conneticut. You do not need to go to the agency closest to you.

| County | CHFA/HUD-Approved Housing Counseling Agency | Phone |
|---|---|---|
| Fairfield | Bridgeport Neighborhood Trust, 570 State Street, Bridgeport www.bntweb.org | 203-290-4255 |
| Hartford | **Community Renewal Team**, 395 Wethersfield Ave., Hartford www.crtct.org | 860-560-5880 |
| | **Neighborhood Housing Services of New Britain**, 223 Broad St., New Britain www.nhsnb.org | 860-224-2433 |
| New Haven | **Neighborhood Housing Services of New Haven**, 333 Sherman Ave., New Haven *www.nhsofnewhaven.org* | 203-777-6925 |
| | **Capital for Change, Inc.**, 171 Orange St., New Haven *www.gnhclf.org* | 203-624-7406 |
| | **Neighborhood Housing Services of Waterbury**, 161 North Main StreetWaterbury *www.nhsofwaterbury.org* (serves Waterbury, Naugatuck, Torrington, and all of Northwest CT) | 203-753-1896 |

## Legal Resources

**Foreclosure Prevention Legal Clinics:** The Connecticut Fair Housing Center and the Department of Banking present free clinics for homeowners in foreclosure. The clinics offer information on the process and on preparing for court from a Center attorney, guidance on resources for homeowners from the Department of Banking. After the presentations, homeowners can talk about their situations one-on-one with volunteer attorneys, paralegals. **When scheduled in Hartford County,** the clinic is held on **the 3rd Tuesday evening of the month,** and is run by the Connecticut Fair Housing Center and the University of Hartford Paralegal Studies Program. **When scheduled in Fairfield County,** the clinic is held on **the 3rd Wednesday evening of the month,** and is run by the Connecticut Fair Housing Center and Homes Saved By Faith. The Fairfield County clinics are sponsored by the mayors of Bridgeport, Stamford, and Norwalk. Call **1-888-247-4401** or visit www.ctfairhousing.org for more information.

**Judicial Branch Foreclosure Volunteer Attorney Program:** Volunteer attorneys are available to give advice and answer questions about foreclosure at certain courthouses in the state. Homeowners facing foreclosure throughout Connecticut are welcome to attend. Call 860-263-2734 for additional information or visit http://www.jud.ct.gov/volunteer_atty_prgm.htm.

**Foreclosure Manual for Self-Represented Homeowners:** The Connecticut Fair Housing Center publishes "Representing Yourself in Foreclosure: A Guide for Connecticut Homeowners," a free manual describing the foreclosure and mediation process for self-represented homeowners. Copies are available at many locations, such as CHFA/HUD-approved housing counselors, www.ctfairhousing.org, and by calling the Center at 1-888-247-4401.

**Statewide Legal Services (SLS):** SLS provides free legal advice and referrals for callers qualifying for its services (guidelines include income limits). Call **1-800-453-3320 or 860-344-0380** or visit www.slsct.org for more information.

**Court Service Centers:** In certain Superior Court locations, Court Service Centers provide public access computers, printers, fax machines, copiers, phones, and work space for self-represented parties. Refer to **www.jud.ct.gov**, and go to the **Quick Links** menu on the home page of the Judicial website for more information.

**Lawyer Referral Services:** County Bar Associations in Connecticut offer referral services that introduce homeowners to lawyers who can answer questions during an initial half-hour consultation. You can send an email with your questions and availability. Services beyond the 1st half-hour fee will be at the attorney's usual fee.

| County | Phone | Fee for 1/2 hour Consultation | Website | Email |
|---|---|---|---|---|
| Fairfield | **203-335-4116** | $35 | www.fairfieldlawyerreferral.com | fcba@conversent.net |
| Hartford* | **860-525-6052** | $25 | www.hartfordbar.org | hcba@hartfordbar.org |
| New Haven | **203-562-5750** | $35 | www.newhavenbar.org | NHCBAinfo@newhavenbar.org |
| New London | **860-889-9384** | $25 | www.nlcba.org | **See website for contact form** |

*The Hartford County Bar also covers Litchfield, Middlesex, Tolland, and Windham Counties.

## How Foreclosure Rescue Scams Work.
People in foreclosure are often the target of "foreclosure rescue scams." Be **very** careful of non-lawyers who ask you to pay a fee for counseling, loan modification, foreclosure prevention, or a "forensic audit" of your loan documents, **regardless of their promises or claims.** Many out-of-state attorneys target Connecticut residents: **you should never pay attorneys that you do not meet.** Contact the Department of Banking for more information at **1-877-472-8313** or visit *www.preventloanscams.org.*

## Mortgage Crisis Job Training Program.
The state-funded Mortgage Crisis Job Training Program is a project of The WorkPlace, Inc., in partnership with the Connecticut Housing Finance Authority (CHFA), Capital Workforce Partners, and Connecticut's workforce system. The Program helps homeowners increase their job skills and earning potential. It offers customized employment services, job training scholarships, financial literacy, and credit counseling. For information call **1-866-683-1682** or go to **www.workplace.org/mortgage-crisis-job-training-program/**.

## Financial Assistance Programs.
Connecticut's 12 Community Action Agencies (CAAs) help people meet immediate needs through services such as Eviction and Foreclosure Prevention, energy/heating assistance, food pantries, and weatherization. CAAs also empower people to improve their financial future through employment services, financial literacy training, and other programs. To locate your local CAA call the Connecticut Association for Community Action at **860-832-9438** or visit: *www.cafca.org/our-network.*

For more information on programs for homeowners facing financial distress, review the Department of Banking's materials on *www.ct.gov/dob* or call **1-877-472-8313**. You can also call Info line at 2-1-1 for resources.

If you have submitted a complete borrower response package and are currently in an active loss mitigation review, you will not be referred to foreclosure. If your loss mitigation application is denied or you fail to meet the terms of the new loss mitigation agreement, then you may be referred to foreclosure or continue with the foreclosure process.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：**联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or the document you received.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 0599 66

S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201001 - 537799274 I05297
JAYARDMAN KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

P.O. Box 21850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20  L-1100-CT-C  R-106
P7WM9000201001 - 537799274 I05298
JAYARDMAN KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

01/30/2018

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

RE:    Deed of Trust/Mortgage Dated: 04/17/2000
       Loan #:
       Property: 1769 Oenoke Ridge Rd
                 New Canaan, CT 06840

Dear Mortgagor:

Shellpoint Mortgage Servicing ("Shellpoint"), acting as servicer on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for VM Trust Series 3, a Delaware statutory trust, the owner and holder of the above referenced loan (the "Loan"), and in accordance with the above referenced Deed of Trust/Mortgage ("Security Instrument") the related promissory note (the "Note"), and applicable state laws, provides you with formal notice of the following:

The loan associated with the referenced Deed of Trust/Mortgage is in default for failure to pay amounts due.

To cure this default, you must pay all amounts due under the terms of the Note and Security Instrument.

As of 01/30/2018, the total amount necessary to bring the Loan current is $21,540.62 (the "Amount Due"). For the exact amount you must pay to bring the Loan current after 01/30/2018, please contact our office at 866-825-2174 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day.

Payment to bring your loan current should be sent to
                    Shellpoint Mortgage Servicing
                    P.O. Box 740039
                    Cincinnati, OH 45274-0039

You are further informed that despite any departure from the terms of your loan that may have occurred, from this point forward strict compliance with the exact terms of the loan will be required.

If you have not cured the default within thirty days (30) days of this notice, Shellpoint intends to accelerate the sums evidenced by the Note and Security instruments and declare same due and payable in full and to take other legally and contractually permitted action to collect the same, including foreclosure of the lien on the Property and sale of the Property. If such date falls on a Saturday, Sunday or legal holiday then the Due Date shall be the next business day. Any partial payment received by our office on the Loan after the date of this letter may not be applied to the reduction of the Amount Due and may be returned however any such acceptance does not waive the right to proceed with foreclosure and a new demand letter may not be sent

You have the right to reinstate the Loan and the right to bring an action to have the foreclosure action dismissed, claim that your loan is not in default or any other defense to acceleration and sale that you may have including the right in any lawsuit for Foreclosure and Sale to argue that you kept your promises and agreements under the Note and Security Instrument and to present any other defenses that you may have. This notice remains in effect until the default is cured.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Upon acceleration of your Note, Shellpoint may refer this property for foreclosure. If, according with the terms of your Note, Security Instruments and applicable state laws, if Shellpoint prevails in its foreclosure action, you may incur costs related to foreclosure, including attorney's fees as provided for in the Note and Security Instrument.

We are hereby giving you notice that we may make or cause to be made reasonable entries upon and inspections of the Property. We will attempt to contact you before we make such entry. However, if the Property is determined to be vacant or abandoned, we will take steps necessary to protect it against vandalism or other types of damages, such as exposure to the elements.

Shellpoint offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287 or at www.hud.gov.

This matter is very important. Please give it your immediate attention.

Be advised that you have the option to discuss whether the property may be marketed for sale prior to foreclosure, by mutual consent of yourself and our office by contacting us at 866-825-2174. You must contact our office within 60 days from date of notice. For more information, you should contact a licensed real estate agent to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process. If you and the creditor agree to the process, an appraisal will be required as well as an interior and exterior inspection. Remember, the terms and conditions of the listing agreement and offer to purchase must be acceptable to both you and your lender. You must sign an agreement to sell the property if an acceptable offer is received.

The purpose of this letter is to provide you with notice under Section 49-24(3) of the Connecticut General Statutes, as amended, that you have the option to contact Shellpoint to discuss whether the property may, by mutual consent with the Shellpoint, be marketed for sale pursuant to a listing agreement in accordance with C.G.S. Section 49-24(5). Please be advised that:

(1) Shellpoint can be reached at P.O. Box 10826 Greenville, SC 29603-0826, 866-825-2174, by fax 866-467-1187, or by contacting Lossmitigation@shellpointmtg.com.

(2) To qualify for the benefits under this statute, on or before 60 days from the date of this letter, you must initiate contact with the Shellpoint with contemporaneous confirmation in writing of your election to pursue, which writing may be mailed or emailed;

(3) You should contact a real estate agent licensed under Chapter 392 of the Connecticut General Statutes to discuss the feasibility of listing the property for sale pursuant to the foreclosure by market sale process;

(4) If you and Shellpoint agree to proceed with further discussions concerning an acceptable listing agreement, you must first permit an appraisal to be obtained in accordance with C.G.S. Section 49-24(4) for purposes of verifying eligibility for foreclosure by market sale;

(5) The appraisal will require both an interior and exterior inspection of the property;

(6) The terms and conditions of the listing agreement, including the duration and listing price, must be acceptable to both you and Shellpoint;

(7) The terms and condition of any offer to purchase, including the purchase price and any contingencies, must be acceptable to both you and Shellpoint;

(8) If an acceptable offer is received, you will sign an agreement to sell the property through a foreclosure by market sale.

**IF YOU CONSENT TO FORECLOSURE BY MARKET SALE, YOU WILL NOT BE ELIGIBLE FOR FORECLOSURE MEDIATION IN ANY TYPE OF FORECLOSURE ACTION THAT IS COMMENCED FOLLOWING THE GIVING OF SUCH CONSENT.**

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

**FORECLOSURE MEDIATION
NOTICE OF COMMUNITY-BASED
RESOURCES**

JD-CV-126 Rev. 7-16
C.G.S. § 49-31*l*

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUDICIAL BRANCH
www.jud.ct.gov

| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA. |

---

**State of Connecticut Department of Banking
Foreclosure Hotline Bulletin
Community-Based Resources for Connecticut Homeowners in Foreclosure**

**Note:** *Assistance in multiple languages is available through Connecticut Housing Finance Authority (CHFA/HUD)-approved housing counseling agencies (refer to the list below). Ayuda en Español es disponible a través de agencias de consejeria de vivienda aprobado por CHFA/HUD (favor de referirse a la lista de abajo).*

## Toll-free Mortgage Foreclosure Assistance Hotline: 1-877-472-8313
## Department of Banking Website: www.ct.gov/dob

The free Foreclosure Hotline is open Monday-Friday 8:00 a.m. to 5:00 p.m. Calls will be returned within two business days. Homeowners who are currently a party to a foreclosure action with time sensitive foreclosure concerns should call the Hotline for assistance. You can also reach the Department of Banking by calling **1-800-831-7225 (toll-free)** or **860-240-8299**.

## Mortgage Assistance Programs from the Connecticut Housing Finance Authority (CHFA)

**The Connecticut Housing Finance Authority** administers the state's Emergency Mortgage Assistance Program (EMAP) which was created by the Connecticut General Assembly. EMAP can help eligible homeowners with overdue payments and provide monthly mortgage assistance. For more information, contact a CHFA/HUD-approved housing counseling agency (listed below), call CHFA at **1-877-571-2432**, or visit www.chfa.org.

**CHFA/HUD-Approved Housing Counselors:** CHFA/HUD-approved housing counselors provide free services to Connecticut homeowners who are struggling financially and may be at risk of foreclosure. They can review your budget and try to find ways to help with your financial issues. They are trained in handling FHA and "conventional" loans and can help you negotiate with your mortgage company or apply to CHFA for an Emergency Mortgage Assistance loan. If a foreclosure case has been filed against you and you have asked to participate in the Foreclosure Mediation Program, they can help you get ready for mediation (including the Premediation meetings with your mediator) and help you submit financial documents to your mortgage company as part of the mediation process. CHFA/HUD approved housing counselors welcome residents from all over Connecticut. You do not need to go to the agency closest to you.

| County | CHFA/HUD-Approved Housing Counseling Agency | Phone |
|---|---|---|
| Fairfield | Bridgeport Neighborhood Trust, 570 State Street, Bridgeport www.bntweb.org | 203-290-4255 |
| Hartford | **Community Renewal Team**, 395 Wethersfield Ave., Hartford www.crtct.org | 860-560-5880 |
| | **Neighborhood Housing Services of New Britain**, 223 Broad St., New Britain www.nhsnb.org | 860-224-2433 |
| New Haven | **Neighborhood Housing Services of New Haven**, 333 Sherman Ave., New Haven *www.nhsofnewhaven.org* | 203-777-6925 |
| | **Capital for Change, Inc.,** 171 Orange St., New Haven *www.gnhclf.org* | 203-624-7406 |
| | **Neighborhood Housing Services of Waterbury**, 161 North Main Street Waterbury *www.nhsofwaterbury.org* (serves Waterbury, Naugatuck, Torrington, and all of Northwest CT) | 203-753-1896 |

## Legal Resources

**Foreclosure Prevention Legal Clinics:** The Connecticut Fair Housing Center and the Department of Banking present free clinics for homeowners in foreclosure. The clinics offer information on the process and on preparing for court from a Center attorney, guidance on resources for homeowners from the Department of Banking. After the presentations, homeowners can talk about their situations one-on-one with volunteer attorneys, paralegals. **When scheduled in Hartford County,** the clinic is held on **the 3rd Tuesday evening of the month,** and is run by the Connecticut Fair Housing Center and the University of Hartford Paralegal Studies Program. **When scheduled in Fairfield County,** the clinic is held on **the 3rd Wednesday evening of the month,** and is run by the Connecticut Fair Housing Center and Homes Saved By Faith. The Fairfield County clinics are sponsored by the mayors of Bridgeport, Stamford, and Norwalk. Call **1-888-247-4401** or visit www.ctfairhousing.org for more information.

**Judicial Branch Foreclosure Volunteer Attorney Program:** Volunteer attorneys are available to give advice and answer questions about foreclosure at certain courthouses in the state. Homeowners facing foreclosure throughout Connecticut are welcome to attend. Call 860-263-2734 for additional information or visit http://www.jud.ct.gov/volunteer_atty_prgm.htm.

**Foreclosure Manual for Self-Represented Homeowners:** The Connecticut Fair Housing Center publishes "Representing Yourself in Foreclosure: A Guide for Connecticut Homeowners," a free manual describing the foreclosure and mediation process for self-represented homeowners. Copies are available at many locations, such as CHFA/HUD-approved housing counselors, www.ctfairhousing.org, and by calling the Center at 1-888-247-4401.

**Statewide Legal Services (SLS):** SLS provides free legal advice and referrals for callers qualifying for its services (guidelines include income limits). Call **1-800-453-3320 or 860-344-0380** or visit www.slsct.org for more information.

**Court Service Centers:** In certain Superior Court locations, Court Service Centers provide public access computers, printers, fax machines, copiers, phones, and work space for self-represented parties. Refer to **www.jud.ct.gov**, and go to the **Quick Links** menu on the home page of the Judicial website for more information.

**Lawyer Referral Services:** County Bar Associations in Connecticut offer referral services that introduce homeowners to lawyers who can answer questions during an initial half-hour consultation. You can send an email with your questions and availability. Services beyond the 1st half-hour fee will be at the attorney's usual fee.

| County | Phone | Fee for 1/2 hour Consultation | Website | Email |
|---|---|---|---|---|
| Fairfield | **203-335-4116** | $35 | www.fairfieldlawyerreferral.com | fcba@conversent.net |
| Hartford* | **860-525-6052** | $25 | www.hartfordbar.org | hcba@hartfordbar.org |
| New Haven | **203-562-5750** | $35 | www.newhavenbar.org | NHCBAinfo@newhavenbar.org |
| New London | **860-889-9384** | $25 | www.nlcba.org | **See website for contact form** |

*The Hartford County Bar also covers Litchfield, Middlesex, Tolland, and Windham Counties.

**How Foreclosure Rescue Scams Work.** People in foreclosure are often the target of "foreclosure rescue scams." Be **very** careful of non-lawyers who ask you to pay a fee for counseling, loan modification, foreclosure prevention, or a "forensic audit" of your loan documents, **regardless of their promises or claims.** Many out-of-state attorneys target Connecticut residents: **you should never pay attorneys that you do not meet.** Contact the Department of Banking for more information at **1-877-472-8313** or visit *www.preventloanscams.org.*

**Mortgage Crisis Job Training Program.** The state-funded Mortgage Crisis Job Training Program is a project of The WorkPlace, Inc., in partnership with the Connecticut Housing Finance Authority (CHFA), Capital Workforce Partners, and Connecticut's workforce system. The Program helps homeowners increase their job skills and earning potential. It offers customized employment services, job training scholarships, financial literacy, and credit counseling. For information call **1-866-683-1682** or go to **www.workplace.org/mortgage-crisis-job-training-program/.**

**Financial Assistance Programs.** Connecticut's 12 Community Action Agencies (CAAs) help people meet immediate needs through services such as Eviction and Foreclosure Prevention, energy/heating assistance, food pantries, and weatherization. CAAs also empower people to improve their financial future through employment services, financial literacy training, and other programs. To locate your local CAA call the Connecticut Association for Community Action at **860-832-9438** or visit: *www.cafca.org/our-network.*

For more information on programs for homeowners facing financial distress, review the Department of Banking's materials on *www.ct.gov/dob* or call **1-877-472-8313**. You can also call Info line at 2-1-1 for resources.

If you have submitted a complete borrower response package and are currently in an active loss mitigation review, you will not be referred to foreclosure. If your loss mitigation application is denied or you fail to meet the terms of the new loss mitigation agreement, then you may be referred to foreclosure or continue with the foreclosure process.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the services offered.

Case 23-05009   Doc 1-17   Filed 05/24/23   Entered 05/24/23 11:28:27   Page 38 of 57

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 8139 40

S-SFRECS20  L-1095-C  R-106
P87KA600200145 - 544336718 I00725
JAYARDMAN KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

004620104T04

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1095-C R-106
P87KA600200145 - 544336718 I00726
JAYARDMAN KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

| Loan Number: | |
|---|---|
| Principal Balance: | $1,478,221.71 |

04/19/2018

## EMERGENCY MORTGAGE ASSISTANCE PROGRAM (EMAP)
### NOTICE TO MORTGAGOR

Dear Mortgagor(s):

You may be eligible for emergency mortgage assistance payments under the provision of sections 8-265cc through 8-265kk of the Connecticut General Statutes, as amended by Public Act 08-176, known as the Emergency Mortgage Assistance Program ("EMAP").

The purpose of this letter is to notify you of the following:

1.  The Connecticut Housing Finance Authority (the "Authority") is currently accepting applications for emergency assistance payments under the program, and your mortgage qualifies for consideration.

2.  You are delinquent or in default on loan number            for failure to make payments since 12/01/2017. The total default amount is $51,651.77.

3.  Within 60 days of the date of this letter, you have the right to have a face-to-face meeting or a telephone conference with your Mortgagee or other conference acceptable to the Authority or a face-to-face meeting with one of the Authority's designated consumer credit counseling agencies (see attached list of agencies) to attempt to reach an agreement to resolve the delinquency or default by restructuring the loan payment schedule or such other resolution.

4.  Within 60 days of the date of this letter, you also have the right to contact the Authority to obtain information and to apply for emergency mortgage assistance payments if you and Shellpoint Mortgage Servicing are unable to resolve the delinquency or default. The address for the Authority is 999 West Street, Rocky Hill, Connecticut 06067. The Authority's telephone number is (860) 721-9501, and the fax number is (860) 571-4352.

You are encouraged to speak to an attorney for independent legal advice about EMAP.

Should you have questions, please contact us at 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

Enclosure: Agency List Title

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000002  A 0555849959 0046202043000

**CHFA/HUD Approved Foreclosure Prevention Counseling Agencies**



**Catholic Charities, Diocese of Norwich**
860-889-8346 ext. 271

**Community Renewal Team (CRT)**
*Hartford*
860-560-5800

**Co-opportunity Inc.**
*Hartford*
860-236-3617 ext.100

**Greater New Haven Community Loan Fund**
*New Haven*
203-624-7406 ext. 130

**Housing Development Fund**
*Bridgeport and Danbury*
 203-969-1830 ext. 27

**Housing Education Resource Center**
*Hartford*
860-296-4242 ext. 107

**Mission of Peace, Bridgeport**
203-366-4180

**Neighborhood Housing Services of New Britain**
860-224-2433

**Neighborhood Housing Services of New Haven**
203-777-6925 ext. 26

**Neighborhood Housing Services of Waterbury**
203-753-1896 ext. 9

**Urban League of Greater Hartford**
860-527-0147 ext. 281

**Urban League of Southern Connecticut**
*Stamford*
203-327-5810

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：**联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 8139 26

S-SFRECS20  L-1095-C  R-106
P87KA600200144 - 544336717 I00719
SUNEETA P KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

 | րիկ||Ս||Սկկ||Ս|կ|կ|կ|կ||ց|կ|կ||ԿԻ||Սկկ|կ||կ|||ք|ր
S-SFRECS20 L-1095-C R-106
P87KA600200144 - 544336717 I00720
SUNEETA P KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

| Loan Number: | |
| --- | --- |
| Principal Balance: | $1,478,221.71 |

04/19/2018

## EMERGENCY MORTGAGE ASSISTANCE PROGRAM (EMAP)
### NOTICE TO MORTGAGOR

Dear Mortgagor(s):

You may be eligible for emergency mortgage assistance payments under the provision of sections 8-265cc through 8-265kk of the Connecticut General Statutes, as amended by Public Act 08-176, known as the Emergency Mortgage Assistance Program ("EMAP").

The purpose of this letter is to notify you of the following:

1. The Connecticut Housing Finance Authority (the "Authority") is currently accepting applications for emergency assistance payments under the program, and your mortgage qualifies for consideration.

2. You are delinquent or in default on loan number            for failure to make payments since 12/01/2017. The total default amount is $51,651.77.

3. Within 60 days of the date of this letter, you have the right to have a face-to-face meeting or a telephone conference with your Mortgagee or other conference acceptable to the Authority or a face-to-face meeting with one of the Authority's designated consumer credit counseling agencies (see attached list of agencies) to attempt to reach an agreement to resolve the delinquency or default by restructuring the loan payment schedule or such other resolution.

4. Within 60 days of the date of this letter, you also have the right to contact the Authority to obtain information and to apply for emergency mortgage assistance payments if you and Shellpoint Mortgage Servicing are unable to resolve the delinquency or default. The address for the Authority is 999 West Street, Rocky Hill, Connecticut 06067. The Authority's telephone number is (860) 721-9501, and the fax number is (860) 571-4352.

You are encouraged to speak to an attorney for independent legal advice about EMAP.

Should you have questions, please contact us at 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

Enclosure: Agency List Title

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000002  A-0555849959 00458020430000

### CHFA/HUD Approved Foreclosure Prevention Counseling Agencies



**Catholic Charities, Diocese of Norwich**
860-889-8346 ext. 271

**Community Renewal Team (CRT)**
*Hartford*
860-560-5800

**Co-opportunity Inc.**
*Hartford*
860-236-3617 ext.100

**Greater New Haven Community Loan Fund**
*New Haven*
203-624-7406 ext. 130

**Housing Development Fund**
*Bridgeport and Danbury*
 203-969-1830 ext. 27

**Housing Education Resource Center**
*Hartford*
860-296-4242 ext. 107

**Mission of Peace, Bridgeport**
203-366-4180

**Neighborhood Housing Services of New Britain**
860-224-2433

**Neighborhood Housing Services of New Haven**
203-777-6925 ext. 26

**Neighborhood Housing Services of Waterbury**
203-753-1896 ext. 9

**Urban League of Greater Hartford**
860-527-0147 ext. 281

**Urban League of Southern Connecticut**
*Stamford*
203-327-5810

**Please read the following important notices as they may affect your rights.**



This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de la Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**USPS CERTIFIED MAIL™**



9214 8969 0070 4242 8139 19

lıllılılılılılılırıılılırılllılılıllılıllılılılıllıllırıl
S-SFRECS20 L-1095-C R-106
P87KA600200142 - 544336715 I00707
SUNEETA P KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

004560104404

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20  L-1095-C  R-106
P87KA600200142 - 544336715 I00708
SUNEETA P KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

| Loan Number: | |
|---|---|
| Principal Balance: | $1,478,221.71 |

04/19/2018

### EMERGENCY MORTGAGE ASSISTANCE PROGRAM (EMAP)
### NOTICE TO MORTGAGOR

Dear Mortgagor(s):

You may be eligible for emergency mortgage assistance payments under the provision of sections 8-265cc through 8-265kk of the Connecticut General Statutes, as amended by Public Act 08-176, known as the Emergency Mortgage Assistance Program ("EMAP").

The purpose of this letter is to notify you of the following:

1. The Connecticut Housing Finance Authority (the "Authority") is currently accepting applications for emergency assistance payments under the program, and your mortgage qualifies for consideration.

2. You are delinquent or in default on loan number ⁻ for failure to make payments since 12/01/2017. The total default amount is $51,651.77.

3. Within 60 days of the date of this letter, you have the right to have a face-to-face meeting or a telephone conference with your Mortgagee or other conference acceptable to the Authority or a face-to-face meeting with one of the Authority's designated consumer credit counseling agencies (see attached list of agencies) to attempt to reach an agreement to resolve the delinquency or default by restructuring the loan payment schedule or such other resolution.

4. Within 60 days of the date of this letter, you also have the right to contact the Authority to obtain information and to apply for emergency mortgage assistance payments if you and Shellpoint Mortgage Servicing are unable to resolve the delinquency or default. The address for the Authority is 999 West Street, Rocky Hill, Connecticut 06067. The Authority's telephone number is (860) 721-9501, and the fax number is (860) 571-4352.

You are encouraged to speak to an attorney for independent legal advice about EMAP.

Should you have questions, please contact us at 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

Enclosure: Agency List Title

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

**CHFA/HUD Approved Foreclosure Prevention Counseling Agencies**



**Catholic Charities, Diocese of Norwich**
860-889-8346 ext. 271

**Community Renewal Team (CRT)**
*Hartford*
860-560-5800

**Co-opportunity Inc.**
*Hartford*
860-236-3617 ext.100

**Greater New Haven Community Loan Fund**
*New Haven*
203-624-7406 ext. 130

**Housing Development Fund**
*Bridgeport and Danbury*
203-969-1830 ext. 27

**Housing Education Resource Center**
*Hartford*
860-296-4242 ext. 107

**Mission of Peace, Bridgeport**
203-366-4180

**Neighborhood Housing Services of New Britain**
860-224-2433

**Neighborhood Housing Services of New Haven**
203-777-6925 ext. 26

**Neighborhood Housing Services of Waterbury**
203-753-1896 ext. 9

**Urban League of Greater Hartford**
860-527-0147 ext. 281

**Urban League of Southern Connecticut**
*Stamford*
203-327-5810

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：** 联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1095 R-106
P87K9F00300210 - 544341615 I00736
JAYARDMAN KRISHNA
1769 OENOKE RIDGE RD
NEW CANAAN CT 06840-2643

| Loan Number: | |
|---|---|
| Principal Balance: | $1,478,221.71 |

04/19/2018

## EMERGENCY MORTGAGE ASSISTANCE PROGRAM (EMAP)
## NOTICE TO MORTGAGOR

Dear Mortgagor(s):

You may be eligible for emergency mortgage assistance payments under the provision of sections 8-265cc through 8-265kk of the Connecticut General Statutes, as amended by Public Act 08-176, known as the Emergency Mortgage Assistance Program ("EMAP").

The purpose of this letter is to notify you of the following:

1. The Connecticut Housing Finance Authority (the "Authority") is currently accepting applications for emergency assistance payments under the program, and your mortgage qualifies for consideration.

2. You are delinquent or in default on loan number          for failure to make payments since 12/01/2017. The total default amount is $51,651.77.

3. Within 60 days of the date of this letter, you have the right to have a face-to-face meeting or a telephone conference with your Mortgagee or other conference acceptable to the Authority or a face-to-face meeting with one of the Authority's designated consumer credit counseling agencies (see attached list of agencies) to attempt to reach an agreement to resolve the delinquency or default by restructuring the loan payment schedule or such other resolution.

4. Within 60 days of the date of this letter, you also have the right to contact the Authority to obtain information and to apply for emergency mortgage assistance payments if you and Shellpoint Mortgage Servicing are unable to resolve the delinquency or default. The address for the Authority is 999 West Street, Rocky Hill, Connecticut 06067. The Authority's telephone number is (860) 721-9501, and the fax number is (860) 571-4352.

You are encouraged to speak to an attorney for independent legal advice about EMAP.

Should you have questions, please contact us at 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

Enclosure: Agency List Title

---

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001  A-0555849959 004610103 I0400

### CHFA/HUD Approved Foreclosure Prevention Counseling Agencies



**Catholic Charities, Diocese of Norwich**
860-889-8346 ext. 271

**Community Renewal Team (CRT)**
*Hartford*
860-560-5800

**Co-opportunity Inc.**
*Hartford*
860-236-3617 ext.100

**Greater New Haven Community Loan Fund**
*New Haven*
203-624-7406 ext. 130

**Housing Development Fund**
*Bridgeport and Danbury*
203-969-1830 ext. 27

**Housing Education Resource Center**
*Hartford*
860-296-4242 ext. 107

**Mission of Peace, Bridgeport**
203-366-4180

**Neighborhood Housing Services of New Britain**
860-224-2433

**Neighborhood Housing Services of New Haven**
203-777-6925 ext. 26

**Neighborhood Housing Services of Waterbury**
203-753-1896 ext. 9

**Urban League of Greater Hartford**
860-527-0147 ext. 281

**Urban League of Southern Connecticut**
*Stamford*
203-327-5810

**Please read the following important notices as they may affect your rights.**



This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第 362 章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：**联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关您贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Shellpoint**
Mortgage Servicing

**Phone Number:** 866-825-2174
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1095 R-106
P87K9F00300207 - 544341612 I00721
SUNEETA P KRISHNA
1769 OENOKE RICH
NEW CANAAN CT 06840

| Loan Number: | |
|---|---|
| Principal Balance: | $1,478,221.71 |

04/19/2018

## EMERGENCY MORTGAGE ASSISTANCE PROGRAM (EMAP)
### NOTICE TO MORTGAGOR

Dear Mortgagor(s):

You may be eligible for emergency mortgage assistance payments under the provision of sections 8-265cc through 8-265kk of the Connecticut General Statutes, as amended by Public Act 08-176, known as the Emergency Mortgage Assistance Program ("EMAP").

The purpose of this letter is to notify you of the following:

1. The Connecticut Housing Finance Authority (the "Authority") is currently accepting applications for emergency assistance payments under the program, and your mortgage qualifies for consideration.

2. You are delinquent or in default on loan number _____ for failure to make payments since 12/01/2017. The total default amount is $51,651.77.

3. Within 60 days of the date of this letter, you have the right to have a face-to-face meeting or a telephone conference with your Mortgagee or other conference acceptable to the Authority or a face-to-face meeting with one of the Authority's designated consumer credit counseling agencies (see attached list of agencies) to attempt to reach an agreement to resolve the delinquency or default by restructuring the loan payment schedule or such other resolution.

4. Within 60 days of the date of this letter, you also have the right to contact the Authority to obtain information and to apply for emergency mortgage assistance payments if you and Shellpoint Mortgage Servicing are unable to resolve the delinquency or default. The address for the Authority is 999 West Street, Rocky Hill, Connecticut 06067. The Authority's telephone number is (860) 721-9501, and the fax number is (860) 571-4352.

You are encouraged to speak to an attorney for independent legal advice about EMAP.

Should you have questions, please contact us at 866-825-2174.

Sincerely,

Shellpoint Mortgage Servicing

Enclosure: Agency List Title

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

P I000001 A-0555849959 004550103 I0000

**CHFA/HUD Approved Foreclosure Prevention Counseling Agencies**



**Catholic Charities, Diocese of Norwich**
860-889-8346 ext. 271

**Community Renewal Team (CRT)**
*Hartford*
860-560-5800

**Co-opportunity Inc.**
*Hartford*
860-236-3617 ext.100

**Greater New Haven Community Loan Fund**
*New Haven*
203-624-7406 ext. 130

**Housing Development Fund**
*Bridgeport and Danbury*
 203-969-1830 ext. 27

**Housing Education Resource Center**
*Hartford*
860-296-4242 ext. 107

**Mission of Peace, Bridgeport**
203-366-4180

**Neighborhood Housing Services of New Britain**
860-224-2433

**Neighborhood Housing Services of New Haven**
203-777-6925 ext. 26

**Neighborhood Housing Services of Waterbury**
203-753-1896 ext. 9

**Urban League of Greater Hartford**
860-527-0147 ext. 281

**Urban League of Southern Connecticut**
*Stamford*
203-327-5810

**Please read the following important notices as they may affect your rights.**



This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Spanish translation of the information provided above.

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

Esto es un intento de cobrar una deuda y cualquier información obtenida se utilizará para ello. Esta comunicación es de un cobrador de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una descarga de bancarrota de la deuda: tenga en cuenta que este aviso es para informarle de la situación de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ninguno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud de Sección 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.

**Aviso de Error o la Dirección de Petición de Información** Usted tiene ciertos derechos en virtud de la ley federal relacionados con la resolución de errores en el servicio de su préstamo y la solicitud de información sobre su préstamo. Si desea solicitar información sobre su préstamo o si usted cree que un error ha ocurrido en el servicio de su préstamo y desea presentar una resolución de errores o solicitud de información, por favor escríbanos a la siguiente dirección: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

The following is a Chinese translation of the information provided above.

**请阅读以下重要通知，因为它们可能会影响您的权利。**

这是试图进行收债的一种尝试，所获取的任何信息均会用于收债目的。此信函由收债人发出。

如果您是破产客户，或是获得本债务破产免责的客户：请注意，本通知旨在告知您抵押贷款的状态。本通知不构成对此文件的任何接受者，即根据适用的破产法而获得此类债务的免责之人，或可能遭受《美国破产法典》第362章节的自动冻结之人的付款要求或个人责任通知。但是，此通知可能会执行针对抵押财产的留置权，该权利尚未被您的破产所免除。

**各服役人员及其家属，请注意：**联邦《服役人员民事救助法案》及某些州法律会为您提供重要保护，包括在服役人员服役期或其他服务期之内以及十二个月之后在多数情况下的利率保护和禁止丧失抵押品赎回权。Military OneSource (800-342-9647) 和美国武装部队法律援助部门 (United States Armed Forces Legal Assistance) 或其他类似机构会为接受医疗服务的服役人员提供咨询服务。如需更多信息，请访问 Military OneSource 网站：www.militaryonesource.mil/。

**错误或信息请求通知致函** 根据联邦法律，您拥有某些关于解决您的贷款还本付息业务中的错误以及索取有关贷款信息的权利。如果想索取有关您贷款的信息，或者是您认为您的贷款还本付息业务中出现错误，而想要提交"错误决议"或"信息请求"，请写信给我们，地址如下：Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

If you prefer to receive communication in a language other than English, Spanish, or Chinese, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

## CERTIFICATION

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on August 9, 2019, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served, as follows:

Suneeta P Krishna a/k/a
Suneeta Prasad a/k/a
Suneeta Prasad Krishna a/k/a
Suneeta Krishna, *Pro Se*
1769 Oenoke Ridge
New Canaan, CT 06840

Lampert Toohey & Rucci LLC
greg.williams@gwlaw.net

O'Sullivan McCormack Jensen & Bliss PC
wosullivan@omjblaw.com

Marinosci Law Group PC
eoshaughnessy@mlg-defaultlaw.com


_____
Anja Rusi
Commissioner of the Superior Court

O'CONNELL, ATTMORE,& MORRIS, LLC
280 TRUMBULL STREET, HARTFORD, CT 06103-3598
PHONE NO. (860) 548-1300; FAX NO. (860) 548-0023
JURIS NO. 104083