## APPEARANCE
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — See Back/Page 2
ADA Notice — See Back/Page 2

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date | 05/29/2018 |
| --- | --- |
| Docket number | FST-CV18-6036479-S |

**Name of case** (Full name of Plaintiff vs. Full name of Defendant)
WILMINGTON, TRUST, NATIONAL ASSOCIATION VS. KRISHNA, SUNEETA, ET AL.

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court (Number, street, town and zip code) 123 HOYT STREET, STAMFORD, CT 06905 |
| --- | --- | --- | --- | --- |

Scheduled Court date (Criminal/Motor Vehicle Matters)

### Please Enter the Appearance of

Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney
**JAYARDMAN KRISHNA**

Juris number of attorney or firm

Mailing Address (Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)
**1769 OENOKE RIDGE**

Post office box

Telephone number (Area code first)

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
| --- | --- | --- | --- | --- |
| NEW CANAAN | CT | 06840 | | |

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

☐ The Plaintiff (Includes the person suing another person).
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
☐ The Defendant (Includes the person being sued or charged with a crime).
☐ The Defendant for the purpose of the bail hearing only (in criminal and motor vehicle cases only).
☐ All Defendants.
☒ The following Defendant(s) only: JAYARDMAN KRISHNA
☐ Other (Specify):
☐ This is a Family Matters case and my appearance is for: ("x" one or both)
   ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file (P.B. Sec. 3-8):
   _____ (Name and Juris Number)
2. ☐ This appearance is in addition to an appearance already on file.

I agree to accept papers (service) electronically in this case under Practice Book Section 10-13   ☐ Yes   ☐ No

| Signed (Individual attorney or self-represented party) | Name of person signing at left (Print or type) JAYARDMAN KRISHNA | Date signed 07/19/2018 |
| --- | --- | --- |

### Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to:
McCalla Raymer Leibert Pierce LLC, 50 Weston Street, Hartford, CT 06120
Marinosci Law Group, PC, 275 West Natick Road, Suite 500, Warwick, RI 02886
O'Sullivan McCormack Jensen & Bliss PC, 100 Great Meadow Rd., Ste. 100, Wethersfield, CT 06109-2355

| Signed (Signature of filer) | Print or type name of person signing Jayardman Krishna | Date signed 07/19/2018 | Telephone number |
| --- | --- | --- | --- |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.