**FORECLOSURE MEDIATION —
MOTION FOR PERMISSION TO
REQUEST MEDIATION LATER THAN
15 DAYS AFTER RETURN DATE OR
TO CHANGE MEDIATION PERIOD**
JD-CV-96 Rev. 5-18
C.G.S. § 49-31k-n

**Instructions to person filing this form**
1. Type or print legibly.
2. Fill out section I or II of this form and file it with the court.
3. An Appearance form (JD-CL-12) must be filed with this form if an appearance has not already been filed with the court.

SUPERIOR COURT
STAMFORD-NORWALK
JUDICIAL DISTRICT

2018 JUL 20 A 10: 42

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov 

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

**Name of case** (Plaintiff v. Defendant)
Wilmington Trust, National Association vs. Krishna, Sunetta

**Docket number**
FST CV 18 6036479 s

**Judicial district**
Stamford/Norwalk at Stamford

**Return date**
May 29, 2018

## I. Motion for Permission to file a Foreclosure Mediation Certificate or Request later than 15 days after the return date:

I request permission to file the Foreclosure Mediation Certificate (JD-CV-108) or Foreclosure Mediation Request (JD-CV-93) accompanying this motion for the following reason:

I have been ill (kidney transplant) and under doctors care for some time and was unaware of my rights to request mediation. I have called the bank on numerous occassions to offer to pay them back the arrearange over a short period of time, but have not been able to finalize a deal. I am still waiting for the paper work.

PPMP

— OR —

## II. Motion for Modification of Mediation Period:

I request that the mediation period be modified, as follows:

☐ Extend the mediation period to _____ for the following reason:
                                (Date)

FMMOD

— OR —

☐ Shorten the mediation period to _____ for the following reason:
                                 (Date)

FMSHORT

| Signature of person submitting motion | Print name of person signing | Date signed |
|---|---|---|
| Address (Number, street, town, state, zip code) | | Telephone number |

### Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) **7/20/18** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
McCalla Raymer Leibert Pierce LLC, 50 Weston Street, Hartford, CT 06120
Marinosci Law Group, 275 West Natick Road, Suite 500, Warwick, RI 02886

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signature of person submitting motion | Print name of person signing | Date signed |
|---|---|---|
| ▶ [signature] | Krishna | 7/20/18 |
| Mailing address (Number, street, town, state and zip code) 1769 Oenoke Ridge, New Canaan, CT 06840 | | Telephone number |

**Order** (For Court Use Only)   ☐ Granted until: _____   ☐ Denied

| By the Court (Judge/Clerk) | Date |
|---|---|

[Print Form]   [Reset Form]

118.00